## SEARCH WARRANT

STATE OF MISSISSIPPI
COUNTY OF MONROE

TO ANY LAWFUL OFFICER OF MONROE COUNTY,

WHEREAS,
   Tony Coxey   , and           , known to me to be credible persons, who, after having been first duly sworn, depose and say:

  1. That affiants have good reason to believe and do believe that certain things hereafter described are now being concealed in or about the following place in this County:

     60021 Sizemore Rd., Amory, MS 38821
     MONROE COUNTY, MS

together with all approaches and appurtenances thereto.

  2. That the place described above is occupied and controlled by:

     Ricky Keeton/ ET. Al

  3. That said things are particularly described as follows:

*Methamphetamine (ICE) a schedule II controlled substance and any and all controlled substances, paraphernalia thereof and all U. S. Currency derived from the sale of Methamphetamine (ICE), found in close proximity to Methamphetamine (ICE) or associated with Methamphetamine (ICE). Any other items of value associated with, in close proximity to or derived from the sale of Methamphetamine (ICE). To also include diaries and surveillance equipment that would obtain information on or about the time and day of purchase or sale of any all illegal substances. This is to include the property, resident, vehicles, and all other structures on said property.*

  4. That possession of the above described things is in itself unlawful (or the public has a primary interest in or primary right to possession of, the above described things), in that said things are:

*That the possession of, sale of, distribution of or transfer of Methamphetamine (ICE) is a direct violation of the uniformed controlled substances act of the State of Mississippi of 1972 amended.*

  5. The facts tending to establish the foregoing grounds for issuance of a Search Warrant are shown on a sheet headed "Underlying Facts and Circumstances" which was reviewed by this court.

  6. This court, having examined and considered said affidavit, and also having heard and considered evidence in support thereof from the affiants named therein does find that probable cause for the issuance of a search warrant does exist. THEREFORE, you are hereby commanded to proceed at any time in the day or night to the place described above and to search forthwith said place for the things specified above, making known to the person or persons occupying or controlling said place, if any, your purpose and authority for so doing, and if the things specified above be found there to seize them, leaving a copy of this warrant, and a receipt for the things taken; and bring the things seized before this Court instanter; and prepare a written inventory of the items seized, and have then and there this writ, with your proceedings noted thereon.



EXHIBIT A

7. Do not interpret this writ as limiting your authority to seize all contraband and things the possession of which in itself is unlawful which you find incident to your search, or as limiting your authority to make otherwise valid arrests at the place described above. The above affiant respectfully requests a no-knock search due to officer safety and the protection of further evidence.

Witness my hand this, the ___27th___ day of ___October___, 2015.

___Robert Faulkner___
JUDGE

## RETURN

I receive this warrant on the ___27___ day of ___October___, 2015 and have executed it as follows:

On the ___28___ day of ___Oct___, 2015, at ___2___ P.M., I searched the place described in said warrant and I left a copy of the warrant with_____, the person occupying and controlling said place, together with a receipt for the items seized.

The following is an inventory of the things taken pursuant to the warrant:

1. Phone SN: L31 G2023SLM
2. Samsung SN: HRBA91HC7096063A
3. VIN# 1GCDS19635816015
4. 98 Dodg Dak VIN# 1B7FL26X8WS731418
5. 74 Ford F85 VIN# F37HGT21293
6. 06 Chevy Imp VIN# 2G1WD58K569343322
7. 92 Chev S14 VIN# 1GCCS19RXN8166341
8. 92 Chev CTA VIN# 1GNEC13R9VJ431216
9. 67 Ford F10 VIN# F10ALA19670
10. 01 Dodge Chrg VIN# 2B3KA53H17H614910
11. Dewalt Router (not complete)
12. AMMO Can (Green)
13. Surveillance Camera
14. Cub Cadet Lawn Mower
15. Q Peavey Speakr's SN: 10642724, 10642772
16. Lincoln Welder SN: M3050507254
17. Chicago Welder SN: 0912365370191
18. Red Jump Start Kit
19. ilk. F4 Trailer
20. Boys Tables
21. Peavey Amp SN: 0BAG2772
22. Bad Land Winch 2500 lb
23. Joyner Side By Side
24. Generator B&S
25. (2) Shop Fans
26. Husqvarna Lawn Mower
27. Safe
28. Weed.

This inventory was made in the presence of ___Tony Coxey___, and _____.

I swear that this inventory is a true and detailed account of all the things taken by me on the warrant.

Subscribed and sworn to and returned before me this ___10th___ day of ___Nov___, 2015.

___Robert Faulkner___
JUDGE