EXHIBIT
B

# AFFIDAVIT FOR SEARCH WARRANT

STATE OF MISSISSIPPI
COUNTY OF MONROE

This day personally appeared before me, the undersigned judicial officer of said county, _____Tony Coxey_____ and _____ .

known to me to be credible persons, who, after having been first duly sworn, dispose and say:

1. That affiants have good reason to believe and do believe that certain things hereafter described are now being concealed in or about the following place in this County: (here particularly described the place to be searched.)

   60021 Sizemore Rd. Amory Ms. 38821 MONROE CO. MS

together with all approaches and appurtenances thereto and all vehicles on the premises.

2. That the place described above is occupied and controlled by:

   Ricky Keeton and or Et/Al

3. That said things are particularly described as follows: (here described the thing or things to be seized, taking care to described only those things which affiants have probable cause to believe and do believe are concealed at the place described above, and with enough particularity to insure that an uniformed officer will not seize one thing under a warrant describing another. Mere evidence is not a proper subject of a search or seizure. Certain things instrumentalities used in the commission of a crime; and books, writings, pictures and prints adjudged in a proper proceeding by a proper court to be obscene.)

*Methamphetamine a schedule II controlled substance and any and all controlled substances, paraphernalia thereof and all U. S. Currency derived from the sale of methamphetamine, found in close proximity to methamphetamine or associated with methamphetamine. Any other items of value associated with, in close proximity to or derived from the sale of methamphetamine. Methamphetamine, Ledgers, Computer, External digital storage devices, or any other illegal narcotics. Photo's pertaining to self incriminate Mr. Keeton, external building on property and vehicles at 60021 Sizemore Rd. MS, 38821*

4. That possession of the above described things is in itself unlawful (or the public has a primary interest in or primary right to possession of, the above described things), in that said things are: (here state briefly the use and intention for use of the specified things, citing the appropriate Code section or ordinance being violated and charging its violation, and a brief narrative account of the offense being committed.)

*That the possession of, sale of, distribution of or transfer of Methamphetamine is a direct violation of the uniformed controlled substances act of the State of Mississippi of 1971 amended.*

5. That facts tending to establish the foregoing grounds for issuance of a Search Warrant are shown on a sheet headed "Underlying Facts and Circumstances" which is attached hereto, made a part hereof and adopted herein by reference. (The attached sheet must contain enough of the underlying facts and circumstances to enable the issuing officer to fairly ascertain that probable cause exists for the issuance of the warrant. All persons having knowledge of the facts should sign the affidavit and attached sheet, be identified throughout by name, and appear before the issuing officer for examination.)

Information obtained from informants must be described as reliable and the informants identified as credible persons. It is not absolutely essential that the identity of the informants be disclosed, but there must be shown enough of the underlying facts and circumstances from which the affiants conclude that the informants are credible and their information reliable.

Avoid vague recitals such as "suspect was observed" and "The Sheriff's office received information." Use factual recitals showing names, places, times and dates, in commonsense, non-technical language. Be specific and give the information in detail.)

6. WHEREFORE, affiants request that a search warrant issue directing a search of the above described place and seizure of the above described things.

_Tony Coxey_
AFFIANT

_____
AFFIANT

Sworn to and subscribed before me, the 27th day of _____Oct_____, 2015.

_Robert Lawlker_
JUDGE

Underlying Facts and Circumstances

Page 1

I, Tony Coxey, the undersigned affiant, do hereby swear and affirm to this Honorable Court the following Underlying Facts and Circumstances:

1. That I, Tony Coxey, am currently working with the Monroe County Sheriff's Department / North Mississippi Narcotics Division.

2. That I, Tony Coxey have been employed as a full time Law Enforcement Officer for a total of 14 years.

3. That I have been certified by the Minimum Standards Board of the State of Mississippi as a "Professional Law Enforcement Officer" according to the State of Mississippi.

4. That I have attended and successfully completed the following basic and advanced courses:

    A. PPCT Management Systems for PPCT Impact Weapon System.
    B. PPCT Management Systems for PPCT Defensive Tactics System
    C. Narcotic Investigation Techniques
    D. PPCT Defensive Tactics System Basic Certification
    E. Basic Law Enforcement Course
    F. Basic Firearms Instruction Certification School
    G. Basic Narcotic Investigations

5. That I have been employed as a full time Law Enforcement Officer in the following capacities: A Monroe County Sheriff's Department assigned to the Monroe County's Narcotics Unit.

6. That the underlying Facts and Circumstances found on pages 1 and 2 are true and correct to the best of my knowledge.

7. I, Tony Coxey, during my training and experience, have encountered controlled substances while working on patrol as well as working in Narcotics Investigations on numerous occasions.

8. That within the past seventy-two (72) hours, a confidential source contacted me, Agent Tony Coxey, with the Monroe County Sheriff's Department and stated that at 60021 Sizemore Rd Amory, MS that Ricky Keeton possessed and he saw a crystal like substance that was stated by Mr. Keeton to be *Methamphetamine*

*(ICE) a schedule II controlled substance and any and all controlled substances, paraphernalia thereof and all U. S. Currency derived from the sale of Methamphetamine (ICE), found in close proximity to Methamphetamine (ICE) or associated with Methamphetamine (ICE). Any other items of value associated with, in close proximity to or derived from the sale of Methamphetamine (ICE). To also include diaries and surveillance equipment that would obtain information on or about the time and day of purchase or sale of any all illegal substances. This is to include the property, Resident, vehicles and all other structures on said property.*

9. That *Methamphetamine (ICE)* is a Schedule II controlled substance and no evidence exists to indicate that Ricky Keeton or any persons at this residence has authorization to legally possess this drug.

10. That possession of *Methamphetamine (ICE)* without legal direction by law is a direct violation of the Uniform Controlled Substance Act of 1971 amended.

_____
Judge  *Robert Faulkner*

_____
Tony Coxey


10-27-2015
Date