# Smithville man killed during drug raid

Andrew Hazzard

October 29, 2015 10:29:49 AM

SMITHVILLE -- A man killed during an early Wednesday narcotics raid in Monroe County that wounded a sheriff's deputy was a Smithville resident.

Monroe County Coroner Alan Gurley identified the deceased as Ricky Keeton, 57.

Gurley said Keeton died of gunshot wounds, but said information about how many times Keeton was shot and where would not be released until an autopsy has been completed at the state Crime Lab in Pearl.

Monroe County Sheriff Cecil Cantrell told The Dispatch the raid on Keeton's home began with a traffic stop around 9 p.m. Tuesday that uncovered a large quantity of crystal methamphetamine. Cantrell said the suspect told deputies who and where his source was and a search warrant was obtained for the home.

"When we got there the SWAT team went down to the house," he said. "When they got to the back door, he opened the door and started shooting, wounded one of my deputies. The deputies shot back. Those were seasoned deputies who were on that SWAT team, and they had no choice but to shoot back."

The deputy was shot in the leg and is expected to make a full recovery, Cantrell said. His name is not being released at this time, but the sheriff said he is a veteran deputy.



A Monroe County deputy was also shot and suffered non-life threatening injuries in August. Eric Sloan, a 15-year veteran, was shot along Highway 45 after pulling over a motorcycle.

printer friendly version | back to top

Ads by AdChoices

# Most Viewed News Stories

1. Child injured in Friday crash dies STARKVILLE & OKTIBBEHA COUNTY

2. LCSD picks career-tech location COLUMBUS & LOWNDES COUNTY

3. Arrest report 11-10-15 AREA

4. Grand jury: After killing husband, wife tried to kill her mother COLUMBUS & LOWNDES COUNTY

5. City forming police chief search committee COLUMBUS & LOWNDES COUNTY

More popular content    Suggest a story

Ads by AdChoices

CATFISH ALLEY MAGAZINE

ABERDEEN, Miss. (WTVA) -- One man is dead and a sheriff's deputy wounded following a shooting overnight in Monroe County.

Sheriff Cecil Cantrell says the events started after a large amount of "ice," a form of meth, was found during a traffic stop.

The two people in the car apparently told deputies where he got the drugs.

The sheriff's department went to the home on Sizemore Road near Smithville.

The sheriff says they were familiar with the home and knew the owner had surveillance video around the property.

Cantrell says 25 deputies, including the SWAT team, approached the back door.

Cantrell says Ricky Keeton, who was inside, opened fire.

One deputy was wounded and was transported to the hospital for treatment.

Deputies returned fire, killing Keeton.

A woman inside the home has been arrested.

Two people in the vehicle are also in custody.

The name of the deputy has not been released at this time.

We will have more details on WTVA.com and WTVA News as they become available.

- See more at: http://www.wtva.com/news/337946262.html#sthash.jpMSixhq.dpuf

News » Crime & Law Enforcement » Monroe County investigates fatal shooting

# Monroe County investigates fatal shooting

Posted on **October 29, 2015** by **Daily Journal** in **Crime & Law Enforcement**, **News**

Share on twitterShare on emailMore Sharing Services




By Ray Van Dusen

Monroe Journal

SMITHVILLE – Monroe County Coroner Alan Gurley confirmed one fatality Wednesday in a deputy-related shooting.

The incident stemmed from a drug investigation by the Monroe County Sheriff's Office.

A Monroe County Sheriff's deputy was shot and wounded by the unnamed suspect in the process of the case after SWAT team members approached the back of a residence on Sizemore Road just south of Smithville.

Monroe County Sheriff Cecil Cantrell said members of his department stopped a vehicle Tuesday night with methamphetamine inside that lead to the investigation of the residence.

"We interrogated the subject, and he said where he bought it from," Cantrell said. "The SWAT team went to the back of the house and knocked. He started shooting at deputies, and one was shot."

Deputies shot and killed the subject.

"It's all over drugs," Cantrell said. "We're not going to tolerate drugs."

Cantrell is not releasing the name of the deputy yet, but did say he will be OK medically.

Gurley said Wednesday morning that no additional information is being released at this time.

The Mississippi Bureau of Investigation assisted in the investigation.

ray.vandusen@journalinc.com

Update: The name of the man killed by a Monroe County deputy has been released.

Monroe County Coroner Alan Gurley says Ricky K. Keeton, 57, was killed during an exchange of gunfire with Monroe County deputies and narcotics agents about 1 AM on Wednesday.

The Mississippi Bureau of Investigation says deputies were attempting to serve a search warrant at 60021 Sizemore Road.

MBI did not release any other information about the shooting, which remains under investigation.

Monroe County Sheriff Cecil Cantrell says Keeton was involved in the drug trade in Monroe County, which has connections to the Mexican cartel.

The sheriff says the drug investigation started at 9:30 PM on Tuesday night two people were pulled over for a traffic stop. The two people inside the vehicle had drugs and told deputies they bought them from Keeton.

Deputies are expected to release the names of the other two people arrested in connection with the drug investigation.

Cantrell did not release what type of weapon Keeton was armed with during the exchange of gunfire.

Keeton's girlfriend was with him at the time and is now in custody.

The deputy that was shot is a member of the SWAT team and has non life-threatening injuries. Cantrell says the deputy will be fine.

Cantrell says body cameras were not being worn by deputies. They were being charged at the time.

More than 20 law enforcement officers responded to the shooting, according to Cantrell.

Keeton's body will be sent to Jackson for an autopsy.

MONROE COUNTY, Miss. (WCBI) – WCBI News has learned a Monroe County deputy shot and killed a man early Wednesday morning.

Monroe County Sheriff Cecil Cantrell is not releasing any information about the shooting at this time.

The shooting happened about 1 AM on Sizemore Road, just south of Smithville.

A deputy was injured during the incident but the extent of the injuries is unknown.

The Mississippi Bureau of Investigation is investigating the shooting.

The name of the man that was shot has not been released.

# Smithville man killed during drug raid

Andrew Hazzard
October 29, 2015 10:29:49 AM

SMITHVILLE -- A man killed during an early Wednesday narcotics raid in Monroe County that wounded a sheriff's deputy was a Smithville resident.

Monroe County Coroner Alan Gurley identified the deceased as Ricky Keeton, 57.

Gurley said Keeton died of gunshot wounds, but said information about how many times Keeton was shot and where would not be released until an autopsy has been completed at the state Crime Lab in Pearl.

Monroe County Sheriff Cecil Cantrell told The Dispatch the raid on Keeton's home began with a traffic stop around 9 p.m. Tuesday that uncovered a large quantity of crystal methamphetamine. Cantrell said the suspect told deputies who and where his source was and a search warrant was obtained for the home.

"When we got there the SWAT team went down to the house," he said. "When they got to the back door, he opened the door and started shooting, wounded one of my deputies. The deputies shot back. Those were seasoned deputies who were on that SWAT team, and they had no choice but to shoot back."

The deputy was shot in the leg and is expected to make a full recovery, Cantrell said. His name is not being released at this time, but the sheriff said he is a veteran deputy.

A Monroe County deputy was also shot and suffered non-life threatening injuries in August. Eric Sloan, a 15-year veteran, was shot along Highway 45 after pulling over a motorcycle.

Read more: http://www.cdispatch.com/news/article.asp?aid=45878#ixzz3q63zBXSz

Read more: http://www.cdispatch.com/news/article.asp?aid=45878#ixzz3q63zCFUz

# Monroe Co. SWAT raid turns deadly



Monroe County Sheriff Cecil Cantrell

Andrew Hazzard
October 28, 2015 9:46:16 AM

A Monroe County man is dead and a sheriff's deputy is recovering after a shootout during a SWAT raid early this morning.

Sheriff Cecil Cantrell told The Dispatch his deputies were executing a search warrant on the house of a suspected drug trafficker around 1 a.m. today when a suspect in the home opened

fire. One deputy was wounded. Cantrell said the deputy, who he declined to name, is in stable condition and will recover.

The suspect is dead.

Cantrell said the name of the deceased and the location of the incident are not being released until all next-of-kin can be notified.

The raid began with a traffic stop between 9 and 10 p.m. Tuesday. Cantrell declined to say where the car was pulled over.

"Basically, we did a traffic stop on a vehicle and he had quite a bit of drugs in there, ice (crystal meth)," Cantrell said. "We talked to him and asked him where he got the drugs, and he told us where he bought them. And we got a search warrant and went down to this gentleman's house. When we got there the SWAT team went down to the house. When they got to the back door, he opened the door and started shooting, wounded one of my deputies. The deputies shot back. Those were seasoned deputies who were on that SWAT team, and they had no choice but to shoot back. And that person is deceased now."

Cantrell said the wounded Monroe County deputy "is going to be fine".

He said the dead suspects' girlfriend was in the home at the time. She is currently in Monroe County jail.

The sheriff said all information will be released as soon as all family members are notified.

This is the second time this year that a Monroe County deputy has been shot in the line of duty.

In August, deputy Eric Sloan, a 15-year veteran, was shot along Highway 45 after pulling over a motorcycle. Cantrell said Sloan is expected to make a full recovery.

Read more: http://www.cdispatch.com/news/article.asp?aid=45846#ixzz3q64NhkmW