On the afternoon of September [illegible], Rodney Stalling and Brandon Davis briefed Monroe County Chief Deputy Curtis Knight and myself that during an interview of Stephanie Herring, a suspect in an Home Invasion/Burglary case of $235,000.00 in cash that Stephanie Herring made allegations that Monroe Deputy Narcotics Officer Sloan had made improper advances towards her sexually and also that he tried to extort her into collecting $10,000.00 in cash from one of the suspects. BJ Williams to give to Deputy Sloan in order for Deputy Sloan to take his kids to Disney World. Stephanie stated that on 2 separate occasions that she traveled to a hotel in Booneville and met with BJ Williams and asked for the $10,000.00 but was unsuccessful in getting the money because BJ Williams advised her that he had been robbed of that money he stole.

Stephanie Herring alleges that she told Deputy Sloan on the night that he was shot that she had told him that she knew $80,000.00 in cash was being stored in a trailer of a guy named Brandon on CR 1203 or 1208 in Nettleton if he wanted to get that money or some of it.

Stephanie Herring also alleged that she called Deputy Sloan a few days after he was shot and asked him how he was doing to which she states he replied "Fine". Stephanie Herring then states she stated to Deputy Sloan "Please tell me that you were not shot about that information that I gave you that night". Stephanie Herring advised that Deputy Sloan stated to her "I plead the 5th on that subject I am not going to discuss it on the telephone.

Stephanie Herring was taken to Starkville MBI Office on September 2nd 2015 and voluntarily submitted to a polygraph exam in which she was scored as being truthful to all the relevant questions about the incidents she alleges on Deputy Sloan and the statement that she provided.

On 09-02-2015 Monroe County Chief Deputy Curtsi Knight provided Stephanie Herring with a digital recording device to obtain any possible phone call conversations between herself and Deputy Sloan. Stephanie Herring advised after a couple of weeks she had attempted conversation by sending text messages to Deputy Sloan. but that he had only called her one time and that he did not say anything incriminating.

Statement of Kenny Bailey

