

**Confidential**
**Lafayette Instrument Company**
Polygraph Examination Report

### Personal Information

| | | Photo |
|---|---|---|
| Name: | Stephanie Herring | |
| Date of Birth: | | Age: 24 |
| Social Security: | | Driver's License: |
| Address: | 312 Dalrynple Drive | |
| | Amory, MS 38821 | |

### Exam Information

| | | Fingerprint |
|---|---|---|
| Exam Location: | Troop G | |
| Exam Date: | 09-02-2015 | |
| Case #: | | |
| Examiner: | cbane | |
| Final Call: | NDI | |

### Section 1: Purpose of Examination

The main issue under consideration for the polygraph examination was whether or not the examinee was telling the truth to the pertinent questions listed under Section 3 of this report.

### Section 2: Pre-Test Interview

On 09-02-15, Stephanie Herring arrived and voluntarily submitted to a polygraph examination. The following forms were read, completed, and voluntarily signed by the examinee:

- Polygraph Consent Form
- Polygraph Waiver Form

During the pre-test interview, Stephanie Herring read the forms and said she understood the forms and signed them agreeing to the test and waiving the rights set forth in the documents. In the opinion of the examiner, Stephanie Herring was suitable for polygraph testing.

At the conclusion of the pre-test phase of the polygraph examination, the examiner discussed and thoroughly reviewed all the test questions with the examinee. The purpose of this detailed review is to provide the examinee an opportunity to ensure she completely understands the questions before the onset of the testing phase of the examination.

### Section 3: In-Test Phase

A Lafayette computerized polygraph system, model LX4000 was used for the collection of polygraph tests (test data). This instrument makes a continuous recording of autonomic responses associated with respiration, electrodermal activity, and cardiovascular functioning. The instrument also includes sensors designed to record peripheral behavior activity and cooperation during the examination. A functionality check prior to the examination confirmed the instrument was in proper working order.

EXHIBIT E



# Confidential
## Lafayette Instrument Company
### Polygraph Examination Report

The following pertinent questions were asked during the polygraph examination.

- R5: Did you lie in any part of your statement you just wrote? No
- R7: Did you lie in any part of your statement you just wrote about Eric Sloan? No
- R10: Did you lie about Eric Sloan's actions for any reason? No

## Section 4: Result

It is the opinion of this examiner Stephanie Herring was being truthful during testing.

## Section 5: Post-Test Interview

During the post-test phase of the exam, Stephanie Herring was informed of the test results.

cbane
Polygraph Examiner

C-11