IN THE CIRCUIT COURT OF MONROE COUNTY, MISSISSIPPI

MONROE COUNTY, MISSISSIPPI     PETITIONER

vs.     Cause No. 2015-337-RM

ESTATE OF GREGORY KEETON,
HEIRS AT LAW OF GREGORY KEETON, and
THE PROPERTY LISTED IN THE PETITION     DEFENDANTS

## AGREED ORDER

CAME ON for hearing, a proposed Agreed Order between the Petitioner and the Defendants, and in regard to the Agreed Order, the Court does hereby find as follows:

I.

The Petitioner and Defendants have agreed that the following items are to be returned to the Defendants by delivery of the items to the Administratrix of the Estate of Ricky Keith Keeton or her disignee:

    a. 2004 Tan Chevrolet Colorado; VIN #1GCDS196358160195

    b. 1997 Green Chevrolet Tahoe; VIN #1GNEC13R9VJ431216

    c. 1992 Maroon Chevrolet S-10; VIN #1GCCS19RXN8166341

    d. 2006 Grey Chevrolet Impala; VIN #2G1WB58K569343322

    e. White Ford Pickup; VIN #115MF100281C09

    f. 2001 Red Chevrolet Camaro; VIN #2G1FP32K31213202

    g. Black Silverado Flat Bed; VIN # GCHC33W4G514949D

    h. Black Ford Wrecker

    i. Side x Side ATV – Joyner; VIN #L5BU2JH6381018558

    j. Generac 5500 Watt Generator; VIN #050517YE29955


EXHIBIT H

    k. Cub Cadet RZT; VIN #FR691VA42316

    l. Husqvarna Riding Mower; VIN #092308A017228

    m. Chicago Electric Welder; VIN #0912-36537-0191

    n. Lincoln Electric Welder; VIN #M3090507254

    o. Chicago Stand-Up Shop Fan; VIN #HVP-30E

    p. Chicago Welding Cart; VIN #354481339

    q. 16 ft Attwood Utility Trailer

    r. Ammo Can;

    s. Impulse 500 Subwoofer SN's #10642774 and 10642772

    t. Winch 2500 lbs "Bad Land"

    u. Peavey Amp SN #OBHG2770

    v. $662.00 Cash

## II.

The following items are to remain in the exclusive possession of Chief Deputy Curtis Knight of the Monroe County Sheriff's Department:

    Surveillance Cameras found in kitchen and outside;

    Samsung Laptop SN #HRQA91HC709663A

    Sanyo Cell Phone BO251151290716;

Except as expressly provided to the contrary herein, Chief Deputy Knight shall not allow said items out of his immediate possession, and shall ensure that no one alters these items in any fashion whatsoever. Chief Deputy Knight shall maintain these items in his exclusive possession until such time as the parties reach a contrary agreement or until such time as a court rules they

should be returned to the Estate of Gregory Keeton or retained by Monroe County. Chief Deputy Knight may allow the items out of his possession temporarily in order to allow the items to be forensically analyzed by the crime lab or other appropriate state investigatory agency, provided that the proper chain of custody is maintained and the items are not altered in any fashion whatsoever. Chief Deputy Knight will endeavor to obtain a list of numbers called and received from the cell phone and furnish same to all parties.

III.

The parties agree that the above items are being returned and/or retained by the respective parties on the above terms without any admission of liability on behalf of the Petitioner and without the waiver of any claims by the Defendants.

IV.

The parties further agree that in consideration of the above agreement, of the forfeiture cause of action is to be dismissed without prejudice.

IT IS THEREFORE ORDERED that the terms of this Agreed Order as set out hereinabove are approved by this Court.

IT IS FURTHER ORDERED that each party is to receive or retain the respective items as set forth herein above on the terms set forth hereinabove.

IT IS FURTHER ORDERED, that this cause of action shall be dismissed without prejudice, with Petitioner having leave to re-file a forfeiture petition as to the retained items at a later date.

SO ORDERED, this the 4th day of May, 2016.

*James L. Roberts, Jr.*
CIRCUIT JUDGE

FILED
MAY 0 4 2016
DANA L. SLOAN
CIRCUIT CLERK
MONROE CO., MS
BY: ___

APPROVED FOR ENTRY

_____
JIM WAIDE, Attorney for
Defendants

_____
SAMUEL C. GRIFFIE, Attorney for
Petitioner

FILED
MAY 04 2016
DANA L. SLOAN
CIRCUIT CLERK
MONROE CO., MS
BY: _____
413
@254
257