Statement of Facts

Agent Eric Sloan

On October 27th, 2015, I Captain Eric Sloan and Lt. Tony Coxey was conducting surveillance on a residence on Sizemore Road belonging to Ricky Keeton. This had been a yearlong investigation of the residence. As we were there we observed a truck come into the residence that was believed to be one of our confidential informants. We contacted patrol and asked if they could locate the vehicle. If they came across the vehicle and could get traffic stop, stop the vehicle and id everyone inside and check and see if there was anything illegal inside the vehicle. Deputy Sam Mitchell called me on the phone and advised that they had located some Ice and a pipe. Deputy Mitchell said the suspect wanted to talk to Agent Tony Coxey. We packed up our stuff and began walking out to our vehicles. We left that location and went to Hwy 6 where the traffic stop was made. Agent Coxey talked to the subject and I looked inside the vehicle. I got the dope from Deputy Sam Mitchell and went and showed it to Agent Coxey. I began to listen to the guy talk and tell Agent Coxey that he had just left Ricky Keeton's house on Sizemore road. He stated that another lady had picked up 22 ounces of Ice from that residence that night. When ask how much dope was left at the residence he stated about an ounce. He stated the female had just paid twenty thousand dollars to Ricky Keeton. He also stated that the Mexican male that delivered the dope would be back the following day to pick up the cash. Agent Coxey and myself talked a couple minutes and I found out this was one of Agent Coxey's informants that he had used for years. I then ask the deputy to transport the two subjects to the jail. I then contacted the Sheriff's office and asked that the dispatcher get ahold of Lt. John Michael Iay and let him know to call out SWAT team and we would meet at the government complex. Agent Coxey started on the search warrant and I helped get him the address and information to put in the search warrant. He left the government complex going to Judge Robert Fowlkes house to get the warrant signed. I called Judge Fowlkes and let him know Agent Coxey would be there in about ten minutes. While Agent Coxey was gone I started talking to the team members that had already arrived at the government complex. I advised them about the potential for dogs and tried to draw off a lay out of the way things were laid out in the yard. Agent Coxey returned and we began with our meeting. I explained that the way the house trailer was located I couldn't be exactly sure how the back door opened or how big the porch was. I explained that the residence was located at the end of a dead end road with a gated driveway. I explained that there were a couple dogs that were very aggressive. I explained that there were several cameras located at the residence. Sheriff Cantrell told us to pull up to the gate and because of officer's safety and the use of cameras at the residence it was agreed it would be better to park half way down Sizemore Road and advance on foot. We left the government complex headed to Sizemore Road in three unmarked vehicles. Once on Sizemore Road we parked half way down the road, exited vehicles and proceeded on foot to the residence. Once all members cleared the gate, we reassemble in single file to approach the residence. Once we were at the back door, Deputy John Bishop took the lead, approached the door and used the ram to attempt to gain entry. The door did not open immediately so Deputy Sam Mitchell took the pry bar and Deputy Bishop struck the pry bar trying to wedge the bar into the locking mechanism. I, along with other team members began yelling "Sheriff's department, search warrant" and Deputy Mitchell then pulled the pry bar and the door opened. Immediately I hear a male yelling "You son-of-bitches" and then saw a white male with no shirt holding a black hand gun and firing it in the



direction of Deputy Mitchell. Deputy Mitchell yelled "Gun", and I began firing my weapon at the left side of the male subject standing in the doorway. Once I lost sight of the subject, I continued to fire in the subject's direction. As I was firing, I notice Deputy Mitchell was falling over the porch railing and appeared to me had been shot. At the point I moved in the direction of Deputy Mitchell, squaring myself with the door where I could see into the residence making sure that the subject did not come back to the door. While Deputy Bishop and another deputy entered the residence I remained outside and proceed to the south end of the trailer to secure the bedroom window. At this point I advised dispatch that shots were fired at our location and to send an ambulance and maintained my position at the south end of the trailer. Team members brought a white female, identified later as Wanda Stegall, outside the residence and placed her on a swing under the carport attached to a shed. I mirandized the female subject and began to talk to her about the incident. She understood her Miranda rights and stated to me that she was sorry this happened, but Ricky knew y'all coming. I ask how, and she stated that there were several cameras on the outside of the residence and he came into the bedroom and stated, "They are here". She stated that she immediately rolled over, onto the floor from the bed and covered her head as she began hearing gun shots. I asked her how much dope was inside the residence and she held out her hands, as to indicate a double hand full. But when ask an exact amount, she did not know. I ask where the dope was located inside the residence and she stated it was on his side of the bed in a green ammo can. At this point, Chief Deputy Curtis Knight approached and stated that MBI was in route and would be handling this investigation further so I stopped my questioning of the female subject. When MBI Officer Kenny Bailey arrived he advised Chief Deputy Knight, we would need to give a blood sample and would have to turn over our weapons to the state during this investigation. I then sat on the tail gate of Sheriff Cantrell's truck and waiting for other team members. Team members, John Michael Lay, John Bishop, Spencer Woods, and myself then left the scene and went to Gilmore Hospital to have blood drawn. MBI Agent Cory Burrows went with us to the hospital. Attorney Tony Farese then arrived at Gilmore Hospital after we gave blood and spoke with us concerning this incident. I road with Mr. Farese back to the scene on Sizemore Road where he spoke with the MBI agents, Sheriff Cantrell and Chief Knight. At this point Deputy Woods drove myself and Deputy Lay back to get our vehicles. I went home at this time and later returned after the scene was release by MBI to collect evidence.

*Eric Sloan*

Agent Eric Sloan

October 30th, 2015