IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

ROBBIE KEETON GEIGER,  PLAINTIFFS
DELISHA KEETON MOONEY, and
MEGAN ARCHER

V.  CIVIL ACTION NO.: 1:16-CV-95-SA-DAS

MONROE COUNTY, MISSISSIPPI, and
DEPUTY ERIC SLOAN  DEFENDANTS

ORDER

For all of the reasons fully explained in a separate Memorandum Opinion issued on this same day, the Court orders the following:

Individual Defendant Eric Sloan is not entitled to qualified immunity. Sloan's Motion for Summary Judgment and Qualified Immunity [99] is DENIED.

Defendant Monroe County's Motion for Summary Judgment [97] is DENIED.

All of the Plaintiffs' claims will proceed to trial

It is SO ORDERED, on this the 18th day of June, 2018

/s/ Sharion Aycock
UNITED STATES DISTRICT JUDGE