IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

ROBBIE KEETON GEIGER,　　　　　　　　　　　　　　　　　　　　　　　　　PLAINTIFFS
DELISHA KEETON MOONEY, and
MEGAN ARCHER

V.　　　　　　　　　　　　　　　　　　　　　　　CIVIL ACTION NO.: 1:16-CV-95-SA-DAS

MONROE COUNTY, MISSISSIPPI, and
DEPUTY ERIC SLOAN　　　　　　　　　　　　　　　　　　　　　　　　　　　DEFENDANTS

ORDER

After the Court denied summary judgment and qualified immunity to individual Defendant Sloan in this case, the Defendants appealed to the Fifth Circuit Court of Appeals. *See* Order [142]; Notice [148]. Although the Defendants did not appeal this Court's ruling with respect to the County Defendant, they now request a stay of all proceedings pending the outcome of their appeal. *See* Motion to Stay [149]. In response, the Plaintiffs indicated that they do not oppose a stay. *See* Response [154].

Because the Plaintiffs' claims against Sloan and the County are inextricably intertwined, the Court agrees that the best course of action is to stay the case pending the outcome of the appeal. For this reason, the trial of this case scheduled for July 30, 2018 is continued until further notice. All of the pending deadlines and proceedings are stayed. The Court defers ruling on the remaining pending pre-trial motions[1] until the stay is lifted and new deadlines can be established.

The Defendants' Motion to Stay [149] is GRANTED.

It is SO ORDERED, on this the 10th day of July, 2018

　　　　　　　　　　　　　　　　　　　　　　　　　　　　/s/ Sharion Aycock
　　　　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

---

[1] The Court defers ruling on the following motions: Motion to Strike Expert [101], Motions in Limine [116,118,119].