IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

ROBBIE KEETON GEIGER,　　　　　　　　　　　　　　　　　　　　　　　　PLAINTIFFS
DELISHA KEETON MOONEY, and
MEGAN ARCHER

V.　　　　　　　　　　　　　　　　　　　　CIVIL ACTION NO.: 1:16-CV-95-SA-DAS

MONROE COUNTY, MISSISSIPPI, and
DEPUTY ERIC SLOAN　　　　　　　　　　　　　　　　　　　　　　　　　　DEFENDANTS

ORDER ADMINISTRATIVELY CLOSING CASE

After the Court denied qualified immunity to individual Defendant Sloan, the Defendants appealed to the Fifth Circuit Court of Appeals. *See* Order [142], Notice [148]. The Court subsequently stayed the case pending the outcome of the appeal at the Defendants' request. *See* Order [155]. The Court now administratively closes this case pending the resolution of the appeal. The Case will be reopened after notice on the docket that the appeal is resolved. This CASE is ADMINISTRATIVELY CLOSED.

It is SO ORDERED, on this the 9th day of August, 2018

　　　　　　　　　　　　　　　　　　　　　　　　　　/s/ Sharion Aycock
　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE