IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

ROBBIE KEETON GEIGER,　　　　　　　　　　　　　　　　　　　　　　　　　PLAINTIFFS
DELISHA KEETON MOONEY, and
MEGAN ARCHER

V.　　　　　　　　　　　　　　　　　　　　CIVIL ACTION NO.: 1:16-CV-95-SA-DAS

MONROE COUNTY, MISSISSIPPI, and
DEPUTY ERIC SLOAN　　　　　　　　　　　　　　　　　　　　　　　　　　　DEFENDANTS

ORDER

After the Court denied summary judgment and qualified immunity to individual Defendant Sloan in this case, the Defendants appealed to the Fifth Circuit Court of Appeals. *See* Order [142]; Notice [148]. Finding the Plaintiffs' claims against Sloan and the County inextricably intertwined, the Court stayed the case pending the outcome of the appeal, and deferred ruling on several pretrial motions. *See* Order [155] (staying case and deferring ruling on Motion to Strike Expert [101], and Motions in Limine [116,118,119]).

On September 3, 2019 the Fifth Circuit Court of Appeals' Judgment [159] affirming this Court's prior rulings was entered on the docket in this case. Pursuant to the Fifth Circuit's Judgment, this case is now reopened and the deferred Motions [101, 116, 118, 119] are reinstated. This case will be reset for a final pre-trial conference and trial by separate notice.

It is SO ORDERED, on this the 4th day of September, 2019.

　　　　　　　　　　　　　　　　　　　　　　　　/s/ Sharion Aycock
　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE