**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION**

**ROBBIE KEETON GEIGER, as**                                                           **PLAINTIFFS**
**Administratrix of the Estate of Ricky**
**Keith Keeton, Deceased, et al.**

**V.**                                                                     **NO. 1:16-CV-95-DMB-DAS**

**MONROE COUNTY, MISSISSIPPI,**
**et al.**                                                                            **DEFENDANTS**

## <u>ORDER</u>

In preparation for trial, the parties shall submit proposed jury instructions to this Court[1]

and opposing counsel no later than July 29, 2021.  Any objections to proposed instructions must

be submitted to the Court and opposing counsel no later than August 3, 2021.

**SO ORDERED**, this 22nd day of July, 2021.

/s/Debra M. Brown_____
**UNITED STATES DISTRICT JUDGE**

---

[1] The submissions to the Court must comply with Local Rule 51.