**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION**

**ROBBIE KEETON GEIGER, as Administratrix
of the Estate of Ricky Keith Keeton, Deceased;
DELISHA KEETON MOONEY, and
MEGAN ARCHER**                                                   **PLAINTIFFS**

**V.**                                                        **CAUSE NO. 1:16cv95-SA-DAS**

**MONROE COUNTY, MISSISSIPPI
and ERIC SLOAN**                                               **DEFENDANTS**

**<u>MOTION FOR TRIAL CONTINUANCE DUE TO COVID-19</u>**

**NOW COME** Defendants, Monroe County, Mississippi and Eric Sloan, by and through counsel, and file this, their Motion for Trial Continuance Due To COVID-19 and would show the Court the following:

**Facts**

1.      This case was previously set for trial beginning Monday, August 16, 2021, in Greenville, Mississippi, before the Hon. Debra Brown. [Doc. 171].

2.      On August 11, 2021 the Defendants filed their first Unopposed Motion to Continue the trial and all pre-trial deadlines, including the submission of final jury instructions and exhibits, based on the positive COVID test of lead counsel, Arnulfo Luciano, and supporting memorandum thereof. [Docs. 188, 189].

3.      On the same day, this Honorable Court, finding that good cause existed to continue the trial and all pre-trial deadlines, granted Defendants' unopposed motion and continued the trial to August 30, 2021, and the deadline to resubmit proposed jury instructions and exhibits to noon on August 17, 2021. [Docs. 191, 192]. Subsequently, the Defendants moved, with Plaintiffs' consent,

1

and this Court granted, a second Motion for Continuance as the August 30, 2021 trial date did not give Mr. Luciano enough time to recover and prepare for trial. Additionally, the Defendants argued a continuance was warranted because the COVID-19 pandemic was raging in Mississippi. [Docs. 197, 198]. On August 17, 2021, the Court granted the motion to continue the trial and re-set the trial date to September 20, 2021. [Doc. 199].

4.    For the reasons set forth in this Motion and the Memorandum of Authorities being filed contemporaneously herewith, it is respectfully requested that a continuance of the trial be granted once more because of the continued significant rates of infection of the Delta variant of COVID-19 and the impact COVID-19 will likely have on the trial.

5.    Plaintiffs' counsel has been contacted and oppose the Motion.

**RESPECTFULLY SUBMITTED** this the 6th day of September, 2021.

**JACKS GRIFFITH LUCIANO, P.A.**

By:    /s/ ***Jamie F. Lee***
          Jamie F. Lee, MS Bar No. 101881
          Arnold U. Luciano, MS Bar No. 8366
          Bethany A. Tarpley, MS Bar No. 104134

Of Counsel:                                                   *Attorneys for Defendants*

**JACKS GRIFFITH LUCIANO, P.A.**
150 North Sharpe Avenue
P. O. Box 1209
Cleveland, MS 38732
Telephone: 662-843-6171
Facsimile: 662-843-6176
Email: jamie@jlpalaw.com
          aluciano@jlpalaw.com
          btarpley@jlpalaw.com

2

## CERTIFICATE OF SERVICE

I, Jamie F. Lee, attorney of record for Defendants, do hereby certify that I have this day caused a true and correct copy of the above and foregoing *Motion for Trial Continuance due to COVID-19* to be delivered by the ECF Filing System which gave notice to the following:

Jim D. Waide, III, Esq.
Rachael Pierce Waide, Esq.
WAIDE & ASSOCIATES, PA
P. O. Box 1357
Tupelo, MS 38802-1357
Telephone: 662-842-7324
Fax: 662-842-8056
Email: waide@waidelaw.com

R. Shane McLaughlin, Esq.
McLAUGHLIN LAW FIRM
P.O. Box 200
Tupelo, MS 38802
Telephone: 662-840-5042
Fax: 662-840-5043
Email: rsm@mclaughlinlawfirm.com

**DATED** this 6th day of September, 2021.

/s/ ***Jamie F. Lee***
Jamie F. Lee