IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

**ROBBIE KEETON GEIGER, as** **PLAINTIFFS**
**Administratrix of the Estate of Ricky**
**Keith Keeton, Deceased, et al.**

V. NO. 1:16-CV-95-DMB-DAS

**MONROE COUNTY, MISSISSIPPI,**
**et al.** **DEFENDANTS**

## ORDER

On September 17, 2021, trial in this case was continued to January 5, 2022. Doc. #209. In accordance with such continuance, any trial subpoenas served as of September 17, 2021, are continued to January 5, 2022.

**SO ORDERED**, this 17th day of September, 2021.

/s/Debra M. Brown
**UNITED STATES DISTRICT JUDGE**