1           IN THE UNITED STATES DISTRICT COURT
         FOR THE NORTHERN DISTRICT OF MISSISSIPPI
2                     ABERDEEN DIVISION

3

ROBBIE KEETON GEIGER, as Administratrix
4  Of the Estate of Ricky Keith Keeton, Deceased;
DELISHA KEETON MOONEY, and
5  MEGAN ARCHER                              PLAINTIFFS

6  VS.                        CAUSE NO. 1:16-CV95-SA-DAS

7  MONROE COUNTY, MISSISSIPPI
and ERIC SLOAN                              DEFENDANTS
8

9

10  *************************************************************

11

12              DEPOSITION OF WANDA STEGALL

13  *************************************************************

14

15

16

17        TAKEN AT THE INSTANCE OF THE DEFENDANTS
         AT THE LAW OFFICES OF WAIDE & ASSOCIATES,
18     332 NORTH SPRING STREET, TUPELO, MISSISSIPPI
        ON MARCH 1, 2022, BEGINNING AT 12:57 P.M.
19

20

21

22

23            GENA MATTISON GLENN, CSR 1568
                 Glenn-Henry Reporting
24                Post Office Box 492
             Amory, Mississippi  38821-0492
25                gena.glenn@gmail.com
                          13

EXHIBIT
S

```
 1      APPEARANCES:

 2      WAIDE & ASSOCIATES
                P.O. Box 1357
 3              Tupelo, MS  38802-1357
                For the Plaintiffs
 4              BY:  JIM D. WAIDE

 5      JACKS GRIFFITH LUCIANO
                P.O. Drawer 1209
 6              Cleveland, MS  38732-1209
                For the Defendants
 7              BY:  JAMIE F. LEE
                     ARNOLD U. LUCIANO

 8

 9      ALSO PRESENT:  MS. ROBBIE KEETON GEIGER

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25      Reported by:  GENA MATTISON GLENN, CSR 1568
                       GLENN-HENRY REPORTING
```

1                           TABLE OF CONTENTS

2

    WITNESS                                         PAGE

3
    WANDA STEGALL
4   Examination by Ms. Jamie F. Lee                4
    Examination by Mr. Jim D. Waide                44
5   Examination by Ms. Jamie F. Lee                61
    Examination by Mr. Jim D. Waide                65
6

7

    DEFENDANT'S
8    EXHIBIT
     NO.      DESCRIPTION                           PAGE
9
             (No Exhibits)
10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

```
 1                    WANDA STEGALL,

 2              being first duly sworn, was examined

 3               and testified under oath as follows:

 4

 5                       EXAMINATION

 6     BY MS. LEE:

 7          Q.   Ms. Wanda, my name is Jamie Lee.  I'm

 8     one of the attorneys in this case.  And we

 9     introduced ourselves to each other a few moments

10     ago.

11               This is a continuation of a deposition

12     that was started a few years ago in a case

13     involving Mr. Keeton, who I understand to be an

14     acquaintance or friend -- and we'll get into

15     that -- of yours.

16               You are here today under subpoena,

17     correct?

18          A.   Yeah.

19          Q.   And you have to answer yes or no --

20          A.   Oh, okay.

21          Q.   -- out loud --

22          A.   Yes.

23          Q.   -- so our court reporter can take it

24     down.

25          A.   Okay.
```

1    Q.   If I ask you a question that is

2    confusing in any way, please let me know; and

3    I'll stop that question, start over, rephrase

4    the question to something you understand.

5    Agreed?

6    A.   I agree.

7    Q.   Okay.  And as we sit here today, are

8    you under any kind of influence of any

9    medication or any drug whatsoever that would

12:58:07   10    affect your ability --

11    A.   No.

12    Q.   -- to give truthful testimony --

13    A.   No.

14    Q.   -- today?

15    A.   No.

16    Q.   Or understand questions?

17    A.   I understand questions.

18    Q.   Okay.

19    A.   Today.

12:58:17   20    Q.   Very good.

21         Wanda, because we've had a few years

22    between the beginning of the deposition and

23    today, can you just update us and let us know

24    what your current address is?

25    A.   60287 Weaver Creek Road, Amory.

1          Q.   And how long have you lived at that

2     address?

3          A.   Just about all my life.

4          Q.   Was there a time that you lived with

5     Mr. Ricky Keeton?

6          A.   Yes.

7          Q.   And what period of time was that?

8          A.   I don't even know.  Do you know what

9     year?

12:58:48  10          MS. GEIGER:   2004 up until he died in

11          2015.

12     BY MS. LEE:

13          Q.   Okay.  So one of Mr. Keeton's

14     daughters is in the room, and she has stated

15     that the approximate time you lived with him was

16     2004 to 2015.

17          A.   Yes.

18          Q.   Correct?

19          A.   Yes.

12:58:59  20          Q.   And you agree with that.

21          A.   Yes.

22          Q.   And would you consider your -- how

23     would you have defined your relationship with

24     Mr. Keeton in terms of were you friends,

25     romantic --

```
 1          A.    Both.

 2          Q.    Okay.

 3          A.    Both.

 4          Q.    And was that true for the entirety of

 5    the 2004 to 2015?

 6          A.    Yes.

 7          Q.    And when you said that you lived with

 8    him during that time, did you keep a residence

 9    elsewhere, or was that your -- essentially your

10    residence?

11          A.    No, I had a -- my house.

12          Q.    Which is the address you first gave

13    me?

14          A.    Yes.  Yes.

15          Q.    All right.  Would you spend the night

16    with Mr. Keeton most nights, though, during that

17    11-year period?

18          A.    Most of the time I did.

19          Q.    Okay.

20          A.    And then I stayed home with my sister.

21          Q.    But most nights with Mr. Keeton?

22          A.    Yeah.

23          Q.    Where are you employed, Wanda, today?

24          A.    Alan White in Okolona.

25          Q.    Alan White?
```

|  |  |  |
|---|---|---|
| 1 | A. | Uh-huh. |
| 2 | Q. | And what type of business is that? |
| 3 | A. | It's furniture. |
| 4 | Q. | How long have you been employed at |

5 Alan White's?

|  |  |  |
|---|---|---|
| 6 | A. | About three years, four years. |
| 7 | Q. | And where were you employed before |

8 that time?

|  |  |  |
|---|---|---|
| 9 | A. | J Henry in Okolona. |
| 13:00:04 10 | Q. | Is that also a furniture store? |
| 11 | A. | Yeah. |
| 12 | Q. | Furniture manufacturer? |
| 13 | A. | Yeah. |
| 14 | Q. | And what is your position at the |

15 current job that you have?

|  |  |  |
|---|---|---|
| 16 | A. | Inspecting. |
| 17 | Q. | And what was your previous position -- |
| 18 | A. | Inspecting. |
| 19 | Q. | -- at J Henry? |
| 13:00:18 20 | A. | Inspecting. |
| 21 | Q. | Okay.  Wanda, are you familiar with |

22 Mr. Keeton's daughters, who are the

23 plaintiffs --

|  |  |  |
|---|---|---|
| 24 | A. | Yes. |
| 25 | Q. | -- in a lawsuit we're here about |

GLENN-HENRY REPORTING (662) 315-2613

1   today?  And let me finish -- you're anticipating

2   my question, which is very natural.  But if

3   you'll let me finish the question --

4       A.   Okay.

5       Q.   -- just so that our court reporter can

6   get a clean record, it will help her as well.

7       A.   Okay.

8       Q.   So I'll ask again.  You are familiar

9   with Mr. Keeton's daughters?

13:00:47 10       A.   Yes.

11       Q.   Correct?  And what are their names?

12       A.   Robbie, Delisha, and Megan.

13       Q.   Okay.  When you were living with

14   Mr. Keeton in that 11-year period, did you see

15   his daughters from time to time?

16       A.   Yes.

17       Q.   Okay.  And how often would the

18   daughters visit their father there at the --

19   Mr. Keeton's residence?

13:01:05 20       A.   Robbie was -- when she was living

21   here, she come pretty regular.  And Delisha

22   would come pretty good, a couple of times a

23   month.  And Megan, we didn't see her much

24   because she lived in Louisiana.

25       Q.   And Robbie, when you said when she

1    lived here, where has Robbie lived?

2         A.   Colorado.

3         Q.   And when did she move to Colorado?

4         A.   I don't know that.

5         Q.   Okay.  During the period that you were

6    living with Mr. Keeton was Robbie in Colorado

7    for the --

8         A.   Yes.

9         Q.   -- majority of the time?

13:01:38  10    A.   Yes.

11        Q.   So during that period would she -- I'm

12   assuming she would not visit her father as

13   regularly as a person who would live in town,

14   correct?

15        A.   Yeah.

16        Q.   Did you ever witness Mr. Keeton

17   visiting on the phone with his daughters?

18        A.   Yes.

19        Q.   Okay.  And how often would that be?

13:01:55  20    A.   Pretty often.

21        Q.   And can you quantify that in terms of

22   times a week?

23        A.   Well, I don't really know exactly

24   because he talked to her during the day and I

25   was at work.

      1       Q.   Okay.  Speaking of work, what was

      2  Mr. Keeton's occupation?  How did he make money?

      3       A.   Just a little bit of everything.  He

      4  worked on cars.  Just anything that he could

      5  work on and fix for somebody else.

      6       Q.   Okay.  So the majority of his -- what

      7  we'll call his income was done from repairing

      8  cars?

      9       A.   Yes.

13:02:26  10       Q.   And were those cars --

     11       A.   And --

     12       Q.   -- at the house?

     13       MR. WAIDE:  Excuse me.  Let her finish

     14      her answer.

     15       MS. LEE:  I'm sorry.

     16       A.   And he -- he worked in furniture for a

     17  while.

     18  BY MS. LEE:

     19       Q.   Okay.  How much money would he make

13:02:36  20  working on cars?

     21       A.   I don't know.

     22       Q.   All right.  Did you-all share

     23  finances?

     24       A.   Most of the time.

     25       Q.   And how would that work between you

1    two?

2         A.    What do you mean?

3         Q.    Well, in other words, how -- did you

4    have a joint bank account?

5         A.    Yes, we did, but he had his own bank

6    account, and we had one together.

7         Q.    Okay.  And the cars that Mr. Keeton

8    would work on, were those the cars in the front

9    of the trailer?

13:03:01   10         A.    Yes.

11         Q.    Okay.  So all those cars were other

12    people's cars, correct?

13         A.    Some of them were and some of them

14    wasn't.

15         Q.    Whose cars were they if they weren't

16    other people's cars?

17         A.    Well, I don't know.  That's -- my

18    sister, she would be up there sometime.  My

19    brother would be up there sometime.  Just

13:03:17   20    different people.

21         Q.    I see.

22         A.    I mean, it's -- they wasn't -- he

23    wasn't working on those.  It was just cars that

24    was there.

25         Q.    That were visiting.

1     A.   Yeah.

2     Q.   Okay.  But the cars that were

3 essentially parked in the front yard, those were

4 cars Mr. Keeton was working on for other people?

5     A.   Yeah, but there wasn't but one or two

6 there.

7     Q.   All right.  And other people were just

8 visiting cars?

9     A.   Yeah.

13:03:39  10     Q.   All right.  You testified earlier that

11 some of the property that the police took the

12 night that they served the warrant was property

13 that actually you owned, correct?

14     A.   Part of it was.

15     Q.   Can you identify that property?

16     A.   My car.

17     Q.   Okay.  Anything else?

18     A.   Yeah.  Ricky's -- well, it was my

19 phone.  They took my phone.  I don't know what

13:04:06  20 all -- some tools --

21     Q.   Uh-huh.

22     A.   -- that we had in the bedroom that I

23 had bought for Christmas.

24     Q.   Okay.

25     A.   And I don't know what all.

1      Q.   Okay.  Wanda, did Mr. Keeton also make

2  money by selling drugs?

3      A.   I don't know that.  I don't have a

4  clue.

5      Q.   Okay.

6      A.   I didn't see him.

7      Q.   You didn't see him exchange money --

8      A.   No.

9      Q.   -- with other persons for drugs?

13:04:34  10      A.   No.

11      Q.   All right.  Did Mr. Keeton keep drugs

12  at the trailer while you lived with him in that

13  11-year period?

14      A.   Not in the trailer.

15      Q.   Where were they kept?

16      A.   If he kept anything, it was in a green

17  can.  I didn't know what was in there.  I mean,

18  I didn't have a clue until that night.

19      Q.   And was this the green ammo can as

13:04:52  20  it's --

21      A.   Yes.

22      Q.   -- come to be known?

23      A.   That was his -- his in his possession.

24      Q.   Okay.

25      A.   And I never did look into it.  Never

1     did get -- open it up or nothing.

2          Q.   All right.   On the night in question,

3     which was October 27th and then 28th -- I

4     believe the warrant was served in the early

5     morning hours of the 28th -- did you know at

6     that time that there was crystal meth inside the

7     ammo can?

8          A.   No.

9          Q.   Okay.   Did you direct the police,

13:05:19   10     though, didn't you, to the ammo can to see where

11     the drugs were?

12          A.   I told them that if he had anything,

13     it would be in the can.

14          Q.   Okay.

15          A.   And that's what I told them.

16          Q.   And, in fact, there was crystal meth

17     inside the can?

18              MR. WAIDE:   Excuse me.   Object --

19          A.   I don't know what was in there.

13:05:33   20              MR. WAIDE:   She wouldn't have any way

21         of knowing that.

22          A.   I have no clue.

23     BY MS. LEE:

24          Q.   Okay.   Did you actually witness the

25     police open the ammo can?

1    A.   No.

2    Q.   Okay.

3    A.   I was not there.

4    Q.   All right.  On the night of the 27th,

5    October 27, 2015, did Mr. Keeton smoke or ingest

6    crystal meth prior to the police arriving?

7    A.   Yes.

8    Q.   Okay.  Approximately what time was

9    that?

13:05:59  10    A.   About -- probably about 8:00 o'clock.

11    Q.   All right.  Do you know how much meth

12    he smoked that night?

13    A.   Just a little bit.  I mean --

14    Q.   What's a little bit?

15    A.   I don't know.  It was just a little

16    bit.  I don't know how -- I don't know how to

17    tell you.

18    Q.   Okay.  And how did he -- how did he

19    smoke it?  Was it --

13:06:26  20    A.   In a pipe.

21    Q.   Did you-all have pipes inside the

22    house, crystal meth pipes?

23    A.   No.  We did that night; but other than

24    that, we didn't.

25    Q.   So you just had a crystal meth pipe

1     there that night.

2          A.   Yes.

3          Q.   Where did that pipe come from?

4          A.   I don't have a clue.

5          Q.   It just appeared that night?

6          A.   I don't -- yeah.  I don't know because

7     I don't buy them.

8          Q.   Okay.  You smoked crystal meth with

9     Mr. Keeton --

13:06:47  10          A.   Yes.

11          Q.   -- that night?

12          A.   Yes.

13          Q.   You did.  And how much did you smoke?

14          A.   A little bit.

15          Q.   Is that --

16          A.   Probably less than a half a gram.

17          Q.   Did Mr. Keeton tell you where he'd

18     gotten the crystal -- well, let me ask you a

19     better question.  Who obtained the crystal meth

13:07:09  20     that you smoked that night?

21          A.   I don't have a clue.

22          Q.   Did you buy it from someone?

23          A.   No.  I -- no.  I did not.

24          Q.   Do you know if Mr. Keeton bought it

25     from someone?

1        A.   I don't know that.

2        Q.   He just produced the crystal meth.

3        A.   Yes.

4        Q.   And you smoked it that night.

5        A.   Yes.

6        Q.   The night the police came.

7        A.   Yes.

8        Q.   About 8:00 at night.

9        A.   Yes.

13:07:28   10        Q.   All right.  After you smoked crystal

11   meth, what did you do next?

12        A.   Watched TV for a little while, and

13   then we went to bed about 10:00 o'clock.

14        Q.   All right.  You both went to bed --

15        A.   Yes.

16        Q.   -- at 10:00 o'clock.

17        A.   Yes.

18        Q.   Mr. Keeton, did he get into his

19   pajamas to get into bed?

13:07:54   20        A.   I don't even -- I don't remember.

21        Q.   Okay.  Did you get into your pajamas

22   or --

23        A.   I don't know.

24        Q.   -- change clothes?

25        A.   I don't have a clue.

1     Q.   Were you high at the time you got into

2   bed?

3     A.   No, not really, I don't guess, because

4   we went to sleep.

5     Q.   Okay.  So you smoked a little crystal

6   meth and then went to sleep?

7     A.   Yeah.

8     Q.   How often during that period of your

9   life, Wanda, were you smoking crystal meth?

13:08:15  10     A.   In my life?

11     Q.   During that time period in 2015.

12     A.   Just maybe a couple of times a week.

13     Q.   Did you and Mr. Keeton -- well, let me

14   ask:  Did you do any other drugs besides crystal

15   meth during that period?

16     A.   I smoked some pot.

17     Q.   And who --

18         MR. WAIDE:  Excuse me for

19         interrupting.  Excuse me.  Would Counsel

13:08:41  20         restate what you mean by "that time

21         period"?

22         THE WITNESS:  Yeah.

23         MR. WAIDE:  Are you talking about that

24         night or during the time they lived

25         together?  What are you talking about?

```
 1    BY MS. LEE:
 2         Q.   Let's talk about the time period that
 3    you lived together.
 4         A.   Yeah, I -- I smoked some pot when I
 5    found out I had cancer.
 6         Q.   Okay.  And when did you find out you
 7    had cancer?
 8         A.   I don't even know what year it was.  I
 9    don't even know.  I don't remember what year it
10    was.
11         Q.   Okay.
12              MS. GEIGER:  2006 or '7.
13         A.   Yeah.  It was something like that.
14              MR. WAIDE:  Excuse me.  I didn't
15         understand what Robbie said.
16              MS. GEIGER:  2006 or '7.
17    BY MS. LEE:
18         Q.   Okay.  But in 2015 you and Mr. Keeton
19    were smoking crystal meth several times a week?
20         A.   Couple of times a week.  Not several;
21    couple.
22         Q.   All right.  And by "a couple" --
23         A.   I mean, like, two times a week.
24         Q.   Two times a week.  But it's your
25    testimony that you don't know where this crystal
```

1    meth was coming from?

2         A.   No, I did not.

3         Q.   And each time you smoked it -- you

4    said you smoked it a little bit on the night of

5    October 27, 2015.  Were there times that you

6    smoked a lot of it?

7         A.   No.

8         Q.   All right.  Every time it was just,

9    quote, a little of it?

13:09:44  10         A.   Yeah, just a little bit.

11         Q.   And you're defining "a little bit" as

12    a half a gram of crystal meth?

13         A.   Less than a half a gram.

14         Q.   Less than a half a gram of crystal

15    meth.

16              Wanda, you were convicted of a drug

17    charge following the October 27-28, 2015,

18    incident, correct?

19         A.   2000 what?  15?

13:10:15  20         Q.   Yes, ma'am.

21         A.   Yeah, then.  After they shot him --

22         Q.   I understand, but --

23         A.   -- I was charged.

24         Q.   You were charged.  And what were you

25    charged with?

```
 1            A.    Possession.

 2            Q.    Of more than 10 grams of crystal

 3      meth --

 4            A.    Well, no.

 5            Q.    -- but less than 30?

 6            A.    No.   It was 9 -- 9 ounces is what it

 7      was.   I think that's what it was.

 8                  MR. WAIDE:  Excuse me.  Excuse me.  I

 9                  think she's referring to the -- I don't

10                  think y'all are talking about the same

11                  thing.  I think you're answering about how

12                  much was found, and I think she's asking

13                  about how much you --

14                  Would you state the question again?

15                  MS. LEE:  Sure.

16                  MR. WAIDE:  I think y'all are talking

17                  about two different things.

18      BY MS. LEE:

19            Q.    Wanda, let's start with this:  How

20      many times have you been convicted of a drug

21      offense?

22            A.    One time before.

23            Q.    And when was that?

24            A.    2000 -- I don't know.  2004, 2005.  I

25      don't know.  Don't remember.
```

13:10:36 (line 10)
13:10:49 (line 20)

1     Q.    And what was that offense?

2     A.    Possession.

3     Q.    And possession of what type of drug?

4     A.    Crystal meth.

5     Q.    And did you serve any time?

6     A.    No.  On probation five years.

7     Q.    So in 2004 you were on probation for a

8     five-year period, bringing us to 2009.

9     Following -- following that 2004 probation for

13:11:28  10   the crystal meth charge, were you ever convicted

11    of any other drug offenses?

12    A.    No.  No.

13    Q.    All right.  Weren't you charged with a

14    drug offense arising out of the Mr. Keeton

15    incident and the drugs found on the property?

16    A.    Yes.

17    Q.    All right.  Tell me the outcome of

18    that drug charge.

19    A.    Probation.

13:11:53  20   Q.    Did you plead guilty to possession at

21    that time?

22    A.    I pled guilty but not to the charge.

23    Q.    What did you plead guilty to?

24    A.    That was --

25    MR. WAIDE:  You don't have to look at

1     me.  I think -- I think I know, but I don't

2     know really -- as I --

3     A.   Well, I -- I really don't know.

4          MR. WAIDE:  As I understand it, she

5     was charged -- here's what I understand

6     from the records.  She was charged with --

7          THE WITNESS:  Drug trafficking.

8          MR. WAIDE:  -- drug trafficking and

9     convicted of possession.

13:12:17  10          MS. LEE:  All right.  That's what I

11     understand as well.

12     A.   Yeah.

13  BY MS. LEE:

14     Q.   So you pled guilty to possession of

15  crystal meth again --

16     A.   Yeah.

17     Q.   -- arising out of the 2015 incident?

18     A.   I guess I did.

19     Q.   Okay.  And what was the result of that

13:12:29  20  plea?

21     A.   Probation.

22     Q.   All right.  What were the terms of

23  your probation?

24     A.   What do you mean?

25     Q.   What did you have to do to make sure

1    you fulfilled the obligations of your -- of your

2    sentencing?

3        A.   I had to keep a job and just quit

4    doing drugs.  That's about it.

5        Q.   Did you have to submit to regular drug

6    testing?

7        A.   Sometimes I did.

8        Q.   All right.  And do you remember when

9    you entered that plea agreement?

13:12:57  10        A.   No.

11        Q.   Wanda, have you taken drugs since

12    2015?

13        A.   No.

14        Q.   Nothing.

15        A.   No.

16        Q.   No pot?

17        A.   No pot.

18        Q.   And no crystal meth.

19        A.   No.

13:13:08  20        Q.   All right.  Do you attend meetings

21    regularly for --

22        A.   No.  I did for a while and went to

23    therapy, but I just quit going.

24        Q.   When did you stop going to the -- and

25    when I say "meetings," I'm referring to AA

1     meetings or NA meetings.

2          A.   No, I went to them -- back in, like,

3     2005 I went to meetings, and then I quit.

4          Q.   Okay.  And following the incident of

5     October 27-28th, 2015, did you move back

6     permanently to the house that you first told me

7     about in Amory that's your house?

8          A.   Yes.  Yes.

9          Q.   And you live there currently.

13:13:47  10          A.   Yes.

11          Q.   And who do you live with there?

12          A.   My sister.

13          Q.   Okay.  Taking this back to October 27,

14     2015, on that evening you smoked meth at 8:00

15     o'clock, you said.

16          A.   About 8:00 o'clock.

17          Q.   Were there any visitors at the trailer

18     that night?  And let's begin by early afternoon,

19     say from 4:00 p.m. to the time you went to

13:14:17  20     sleep.  Any visitors that came to the trailer

21     that you remember?

22          A.   Yes.

23          Q.   And who were they?

24          A.   Terry Parker.

25          Q.   And did you know Terry Parker prior to

          1    that night?

          2          A.   Did I what?

          3          Q.   Know him prior to that night?

          4          A.   I knew of him.

          5          Q.   Okay.

          6          A.   He'd been out to the trailer working

          7    on some stuff for Ricky.

          8          Q.   Did Mr. Parker come to the trailer to

          9    buy drugs from Ricky?

13:14:38  10          A.   I don't know that.

         11          Q.   Wanda, how much money did Mr. Keeton

         12    make from the working on the cars and the other

         13    lines of business you told me he was engaged in

         14    at the trailer?

         15          A.   I don't know.

         16          Q.   Okay.  How did he pay his bills?

         17          A.   I don't know.  I paid most of them.

         18          Q.   Okay.

         19          A.   It took my check to pay most of them.

13:15:02  20    And if he had any money, he would put it with --

         21    you know, with mine, and that's how we paid

         22    stuff.

         23          Q.   Okay.  Mr. Parker.  What time did he

         24    come by the trailer on the night of October 27,

         25    2015?

1     A.   I don't know.  I don't remember what

2   time it was.

3     Q.   Did he also smoke meth with you that

4   night?

5     A.   He didn't.  Did he did not, not with

6   me.  I don't know that he did with Ricky.

7     Q.   Tell me about the cameras that

8   Mr. Keeton had surrounding the trailer.  I want

9   to ask you a few question about those.  How many

13:15:33  10   did you-all have?

11     A.   I don't know.  About three, four.  I

12   don't know.

13     Q.   All right.  There was a camera at the

14   cattle gate, wasn't there?

15     A.   Yeah.  I think so.

16     Q.   Was that so Mr. Keeton could see who

17   was coming and going from the property?

18     A.   Yeah, because he'd had some vehicles

19   stole out of the yard.

13:15:50  20   Q.   Vehicle -- other people that had

21   brought their vehicles for Mr. Keeton to work

22   on?

23     A.   No.  That was just some that he had.

24     Q.   Okay.  Where were the other cameras

25   located at the property?

1      A.   One out back.  And I'm not -- one out

2   toward the creek, I think.

3      Q.   All right.  When you say "out back,"

4   was that a camera pointed at the back door of

5   the trailer?

6      A.   Yes.

7      Q.   And then you said there was a third

8   camera?

9      A.   I think it was out by the creek.

13:16:18  10      Q.   And where was that camera pointed, if

11   you know?

12      A.   It would be pointed, like, across the

13   creek toward the gravel place.

14      Q.   Okay.  The camera that was pointed at

15   the back door, was that camera sending in a live

16   feed inside the trailer?

17      A.   What do you mean?

18      Q.   Could Mr. Keeton, at any time, look up

19   to a monitor and see who was approaching from

13:16:48  20   the back door?

21      A.   If it was in daytime.

22      Q.   Okay.  What about nighttime?

23      A.   No, not unless it was lit up.

24      Q.   How do you know that?

25      A.   Well, because I -- I was watching it

1     sometime.

2          Q.  I see.

3          A.  And you can't see anybody in the dark

4     unless it -- the light comes on.

5          Q.  Okay.  Did you-all have a light --

6          A.  No.

7          Q.  -- at the back door?

8          A.  No.

9          Q.  Okay.  The volume, though, was turned

13:17:10  10  up, wasn't it, on that camera?

11          A.  I don't know if it was or not.

12          Q.  Okay.

13          A.  I don't -- I don't remember hearing

14     nothing.

15          Q.  Okay.  But you were -- you were asleep

16     when the --

17          A.  Yeah.

18          Q.  -- police arrived.

19               Now, the camera at the cattle gate,

13:17:25  20  was that also a live feed camera, or did that

21     take pictures?

22          A.  I don't know.

23          Q.  Okay.

24          A.  I don't remember.

25          Q.  All right.  And the camera at the

| | |
|---|---|
| 1 | creek, do you know if that was a live feed or |
| 2 | picture-taking camera? |
| 3 | A.   No.   It was -- he just put that out |
| 4 | there because of the people that worked at the |
| 5 | gravel place. |
| 6 | Q.   And why did he put that out there |
| 7 | because of the people that worked at the gravel |
| 8 | place? |
| 9 | A.   Because they -- they had been putting |
| 13:17:47   10 | stuff in the creek, and it was making it flood, |
| 11 | and he was trying to find out who was doing it. |
| 12 | Q.   Okay. |
| 13 | MS. GEIGER:  It was MB. |
| 14 | MS. LEE:  You -- |
| 15 | MS. GEIGER:  Sorry. |
| 16 | MS. LEE:  I mean, if we need to go off |
| 17 | the record and you -- |
| 18 | MR. WAIDE:  No, we can do it later. |
| 19 | BY MS. LEE: |
| 13:18:05   20 | Q.   Now, you and Mr. Keeton also had |
| 21 | multiple dogs at the trailer, correct? |
| 22 | A.   Yes. |
| 23 | Q.   How many dogs? |
| 24 | A.   Three. |
| 25 | Q.   All right.  What kind of dogs were |

1    these?

2         A.   A lab and Rottweiler.

3         Q.   Okay.  Were they inside the trailer on

4    October 27, 2015?

5         A.   Yes.

6         Q.   And in the early morning hours of

7    October 28, 2015?

8         A.   Yes.

9         Q.   Okay.  All right.  So your testimony

13:18:29  10    has been that you went to bed about 10:00 p.m.,

11    correct, on October 27, 2015?

12         A.   Yes.

13         Q.   And Mr. Keeton, did he come to bed

14    with you at that time?

15         A.   Yes.

16         Q.   All right.  Talk me through, then, the

17    next thing you remember in terms of what

18    occurred with the police, following you going to

19    bed.

13:18:56  20         A.   Onliest thing I remember was they were

21    ramming the door and hollering.  And Ricky got

22    up and went to the door because he thought

23    somebody was breaking in, and that's when they

24    started shooting.

25         Q.   Okay.  All right.  So you heard them

```
 1    ramming the door and hollering.

 2            A.   (Nods head up and down.)

 3            Q.   Yes?

 4            A.   Yeah.

 5            Q.   And when they were hollering, were

 6    they hollering Monroe SO or --

 7            A.   I don't know.

 8            Q.   -- could you make it out?

 9            A.   I couldn't tell what they was doing.

10            Q.   But they were hollering.

11            A.   They was hollering and ramming the

12    door.

13            Q.   And these were the policemen

14    hollering, not --

15            A.   I don't --

16            Q.   -- Mr. Keeton hollering.

17            A.   No, it wasn't Ricky.  No.

18            Q.   Okay.  And Mr. Keeton heard the

19    hollering and ramming, and he went to the door,

20    correct?

21              MR. WAIDE:  Excuse me.  Excuse me.

22            A.   He -- I don't know if he --

23              MR. WAIDE:  Object.  She doesn't know

24    what he heard.

25            A.   Yeah.  I don't --
```

1            MR. WAIDE: Just let her answer for

2      herself what happened. Just --

3      A. Yeah.

4            MR. WAIDE: -- explain what happened.

5      A. I don't know if he heard it. I mean,

6  I don't know what he heard.

7  BY MS. LEE:

8      Q. Okay. But you heard ramming and

9  hollering.

13:19:51  10      A. Something, yeah.

11      Q. Yes. Okay.

12            So Mr. Keeton then -- did you witness

13  Mr. Keeton go to the door, picking up a pellet

14  gun along the way?

15      A. It was a pellet pistol.

16      Q. Okay. Pellet pistol. And I've seen a

17  picture of the pellet pistol, and it looks just

18  like a handgun, doesn't it?

19      A. Yeah, it does.

13:20:11  20      Q. And so Mr. Keeton took the handgun,

21  pellet pistol, to the front door, correct?

22      A. Yes.

23      Q. Now, did you have a visual of him at

24  this time and where were you in terms of what

25  you could see or not see?

1       A.    I was -- I was sitting up in the bed.

2       Q.    All right.  Could you see Mr. Keeton?

3       A.    Yes.

4       Q.    And is the hollering and ramming

5    continuing at this time?

6       A.    I don't -- I don't -- I don't

7    remember.  It was for a while, and then the guns

8    started shooting.

9       Q.    Did you see the door swing open at any

13:20:39  10   time?

11       A.    Ricky opened the door.

12       Q.    All right.  And he was standing there

13   with his pellet pistol, correct?

14       A.    I don't know.  I don't know where he

15   -- where it was at.  I don't know.  I don't know

16   -- well, he's left-handed, so the gun would be

17   in his left hand.  And he opens the door like

18   this, so the pistol would be back here.

19       Q.    Uh-huh.

13:21:00  20       A.    And I -- I don't know how anybody

21   could have seen it.

22       Q.    You don't know how anybody could have

23   seen it?

24       A.    No.

25       Q.    But you don't know -- you don't

1    actually know what they saw because --

2         A.    No.

3         Q.    -- you didn't --

4         A.    I don't.

5         Q.    -- have a visual?

6         A.    No.

7         Q.    All right.  After the door swings

8    open, what next?

9         A.    Ricky closed the door.

13:21:15 10       Q.    All right.  And then what next?

11        A.    They started shooting.

12        Q.    All right.  Is it your testimony that

13   Mr. Keeton did not fire a shot from the pellet

14   pistol?

15        A.    If he did I didn't hear it.

16        Q.    Okay.  It's possible, though, that he

17   could have fired a shot from the pellet pistol.

18        A.    Well, no, because the pellet was found

19   at his feet.

13:21:34 20       Q.    Well, let me ask this again.

21        A.    Okay.

22        Q.    Do you know one way or the other

23   whether Mr. Keeton fired his pellet pistol at

24   the officers?

25        A.    No.

1    Q.   All right.  You just saw the door open

2  and then the door close.

3    A.   Yes.

4    Q.   Correct?  All right.  Now, tell me

5  what you saw or heard next.

6    A.   I just heard the gun shooting.

7    Q.   Okay.  You don't know if it was

8  Mr. Keeton's gun or the officer's gun, do you?

9    A.   It was not Ricky's gun.

13:22:06  10    Q.   How can you be sure?

11    A.   Because you can tell a pellet gun from

12  a pistol.

13    Q.   Uh-huh.  And where were you when you

14  made this distinction between the pellet gun and

15  the regular guns?

16    A.   I was setting on the bed.

17    Q.   Okay.  Your testimony earlier was that

18  you had gotten down on the floor.  Is that not

19  correct?

13:22:27  20    A.   When the -- when they started shooting

21  I did.

22    Q.   Okay.  So now your testimony is you

23  were down on the floor when the shooting

24  occurred?

25    A.   Yes.

1    Q.   All right.  When the shooting stopped,

2    what did you do next?

3          A.   Nothing.  I just stayed under the bed.

4          Q.   So you were under the bed?

5          A.   I was under the bed.

6          Q.   All right.  Tell me at what point

7    during this whole scenario you got under the

8    bed?

9          A.   When the shooting started.

13:23:03  10    Q.   Okay.  Did Mr. Keeton make any

11   statements to you at any time from the time you

12   heard the hollering and ramming of the door

13   until it was all over?

14         A.   Yeah.  When they shot him he said,

15   Wanda, they got me.

16         Q.   Okay.  Did he -- did he make any

17   statements to you that -- about the police

18   coming on the property?

19         A.   (Shakes head side to side.)

13:23:31  20    Q.   Is that a no?

21         A.   No.

22         Q.   He never said something to the effect

23   of, I'm going to go show them?

24         A.   No.

25         Q.   Okay.

```
 1          A.   He didn't know anybody was even out
 2    there.
 3          Q.   All right.  How do you know what he
 4    knew, Ms. --
 5          A.   Well, I don't really know, but he
 6    didn't hear anything to start with, and the dogs
 7    didn't bark.  If somebody's coming up, the dogs
 8    will always bark; but they never barked.
 9          Q.   Okay.  But you earlier testified that
10    you heard hollering and ramming, correct?
11          A.   Yeah, when they -- yeah.  I did.
12          Q.   Okay.
13          A.   I don't know what they --
14          Q.   It's true --
15          A.   -- were saying.
16          Q.   -- though, you don't know what -- it's
17    true you don't know what Mr. Keeton heard or
18    didn't hear?
19          A.   No.  Not really.
20          Q.   Okay.  Did you have any conversations
21    with the sheriff, Cecil Cantrell, after the
22    incident occurred?
23          A.   Yes.
24          Q.   Do you recall what you told
25    Mr. Cantrell at that time?
```

13:24:02 (line 10)
13:24:14 (line 20)

1    A.   He wanted to know how long we'd had

2    the cameras, and I told him.

3    Q.   Uh-huh.

4    A.   And he got mad because I called him

5    out on his -- his -- he said that -- that the

6    boy didn't steal the vehicles.  And two weeks

7    later, he -- he caught the guy.

8    Q.   I'm confused.  What are you talking

9    about?

13:24:47   10    A.   The boy that stole the vehicles out of

11    the yard.

12    Q.   There was a boy who stole vehicles out

13    of the yard?

14    A.   There was two boys -- a boy that stole

15    two vehicles out of the yard.  That's the reason

16    we put the cameras up.  And Cecil got mad

17    because I called him out on it.

18    Q.   Okay.

19    MR. WAIDE:   Excuse me.  Are you --

13:25:05   20    A.   Because he said that --

21    MR. WAIDE:   Let me understand

22    something.

23    THE WITNESS:   Okay.

24    MR. WAIDE:   I think she's talking

25    about an earlier conversation rather than

1    that night.  Are you talking about that

2    night?

3         THE WITNESS:  No, that night.

4         MR. WAIDE:  Oh, you --

5         MR. WITNESS:  Yeah, that night.

6         MR. WAIDE:  That night y'all talked

7    about it?

8         THE WITNESS:  Yeah.

9         MR. WAIDE:  Okay.

13:25:14  10         THE WITNESS:  That night.

11         MR. WAIDE:  I'm sorry.

12    BY MS. LEE:

13         Q.  On a day-to-day basis, Wanda, how many

14    visitors would you-all have out at the trailer?

15         A.  I don't have a clue.  I work.  I go to

16    work at 6:00 o'clock, and I get home about 5:00

17    o'clock in the afternoon.  I don't know what he

18    does during the day.

19         Q.  Okay.  From 6:00 a.m. to 5:00 p.m.

13:25:33  20         A.  That's right.

21         Q.  Okay.

22         MS. LEE:  Give us just a second.  We

23    may be close.  Let me talk to Mr. Arnold

24    and I'll be back.  Go off the record.

25         (Brief recess.)

```
 1   BY MS. LEE:
 2        Q.   I just have a couple more questions.
 3             Wanda, what is your sister's name you
 4   mentioned earlier that you live with?
 5        A.   Brenda Williams.
 6        Q.   Do you have any other siblings?
 7        A.   Yes.
 8        Q.   And who are they?
 9        A.   Mike Odom, David Odom, and Eddie Odom.
10        Q.   So is -- "STE-gull"?  Am I saying that
11   correctly?
12        A.   "STE-gall."
13        Q.   Stegall.  Is that a married name for
14   you?
15        A.   Yes.  Yes.
16        Q.   And when were you married?
17        A.   Don't ask me the dates because I
18   couldn't tell you.
19        Q.   Prior to your relationship with
20   Mr. Keeton?
21        A.   But I was married for about ten years
22   before that.
23        Q.   And that was to Mr. Stegall.
24        A.   Yeah.
25        Q.   How did you meet Ricky?
```

13:30:28  (line 10)

13:30:44  (line 20)

1      A.   I've known Ricky just about all my

2  life.

3      Q.   Okay.  You gave a couple of statements

4  to various individuals in law enforcement

5  following the October 28th, 2015, incident,

6  correct?

7      A.   Yes.

8      Q.   Do you recall giving those --

9      A.   I guess.

13:31:23  10      Q.   -- statements?

11      A.   No.

12      Q.   Okay.  Is there any reason that you

13  would have lied in the course of giving those

14  statements?

15      A.   No.  I probably should have because

16  Cecil said, If you'll help us, we'll help you.

17  Okay.  So he asked me had we smoked that night,

18  and I said yes, and I should have said no.

19      Q.   But the truth was you had smoked

13:31:44  20  crystal meth?

21      A.   The truth was I had.

22      Q.   All right.  I think that's all the

23  questions I have.  All right.  Thank you, Wanda.

24

25

```
 1                    EXAMINATION
 2    BY MR. WAIDE:
 3         Q.   All right.  Wanda, I'm going to have
 4    several questions based --
 5         A.   Okay.
 6         Q.   -- on what she's asked you.  All I
 7    want to ask you about now is on that night after
 8    Ricky was killed, just tell me everything you
 9    can remember Cecil saying and you saying.  Just
10    -- I think you've testified about several
11    different things.  But just best you can, what
12    all did he say and what all did you say after
13    you talked -- first of all, were you in
14    handcuffs when you talked to him?  Had they
15    arrested --
16              MS. LEE:  Let me --
17         A.   Yes, I think so.
18              MS. LEE:  I'm going to object to the
19              form of the question --
20         A.   I think so.
21              MS. LEE:  -- but not that last
22              question.  That's fine.
23         A.   I think I was.  I think they put
24    handcuffs on me when I was in the trailer --
25    BY MR. WAIDE:
```

1      Q.   Okay.

2      A.   When they came in.

3      Q.   All right.  How did it come about that

4 you started talking to Cecil?  Did he approach

5 you or did you approach him?

6      A.   No, he approached me.

7      Q.   And where were you when he approached

8 you?

9      A.   Standing outside under the shed.

13:32:38  10      Q.   Did you have handcuffs on or not have

11 any?

12      A.   I think I did.

13      Q.   All right.  And he approached you, and

14 just try to tell me everything he said,

15 everything you said.

16           MS. LEE:  Object to the form but go

17      ahead.

18      A.   I don't really remember all of it.  I

19 know he asked me that.  And then that's when I

13:32:52  20 told him -- he asked about the cameras and --

21 BY MR. WAIDE:

22      Q.   What did he ask about the cameras?

23      A.   He wanted to know how long we'd had

24 the cameras.  And I told him a couple of years,

25 think, that we put them up when the boy stole

1    the vehicles, and I had called him about it,

2    and --

3        Q.   Was Ricky present when you called him?

4        A.   Yes.  And he -- he didn't believe it,

5    I guess.  And then two weeks later, he caught

6    the boy stealing somebody else's vehicle.

7        Q.   So did y'all have that conversation

8    that night about you calling him about the

9    cameras?

13:33:20  10        A.   Yes.

11        Q.   All right.  Do you remember, did some

12    officer -- it might not have been Cecil.  Did

13    some officer or Cecil or anybody ask you about

14    growing pot out there or growing marijuana?

15        A.   Yes, but I don't know who it was.

16        Q.   Somebody asked you?

17        A.   Yeah.  I don't -- I don't know.  I

18    couldn't tell you who it was.

19        Q.   All right.

13:33:40  20        A.   And then there was one -- the first

21    one that came in the trailer, I don't know who

22    it was, he said, They've got video cameras.

23    They got video cameras.

24            That was the first thing he said when

25    he come in.

1    Q.   One of the officers?

2    A.   One of the officers.

3    Q.   Can you describe the officer that said

4    that?

5    A.   He was tall.  It was the one that

6    arrested me.  I don't know who he was.

7    Q.   You don't know what his name was?

8    A.   Huh-uh, because I don't really -- I

9    don't really know them.

13:34:05  10    Q.   All right.  What -- just tell me

11    everything that you can remember telling Sheriff

12    Cantrell that night.  What all can you --

13    A.   That was --

14    MS. LEE:  Object to the form.

15    A.   That was really about all that I

16    remember.  And then they ended up taking me to

17    jail then.

18    BY MR. WAIDE:

19    Q.   Well, you earlier said, when you were

13:34:30  20    being questioned by Counsel, that Cecil asked if

21    y'all had been smoking --

22    A.   Yes.

23    Q.   All right.

24    A.   That night.

25    Q.   Do you know, how did Cecil know that

```
 1    y'all smoked meth?  Do you know?
 2         A.   I don't -- I don't have a clue.  I
 3    don't know.
 4         Q.   You don't know whether he knew that --
 5    whether Cecil knew Ricky?
 6         A.   Yeah.  Cecil knew Ricky.
 7              MS. LEE:  I'm going to object to the
 8         form.
 9    BY MR. WAIDE:
10         Q.   How do you know that?
11         A.   Because Cecil had bought a horse
12    trailer from Ricky, and then Ricky -- and I
13    don't know how true this is.  Ricky and Cecil
14    Cantrell was bringing pot in off the river back
15    when Cecil was judge.
16              MS. LEE:  Objection.  Move to
17         strike --
18              MR. WAIDE:  All right.
19              MS. LEE:  -- the statement.
20    BY MR. WAIDE:
21         Q.   Well, anyway, let's not --
22         A.   Yeah.
23         Q.   -- get into that.  But you say Ricky
24    -- he bought a horse trailer from --
25         A.   Yeah.  From Ricky.
```

1     Q.  -- Ricky?

2     A.  Yeah.

3     Q.  Okay.  Now, let me go back and ask you

4 some -- about the -- you've already been

5 questioned in a deposition, correct?

6     A.  Uh-huh.

7     Q.  And do you remember several MBI

8 officers have talked to you from time to time,

9 you remember that, and taken your statement?

13:35:33  10     A.  Kenny Bailey talked to me first.  And

11 then -- I don't know.  Somebody didn't want

12 Kenny Bailey, and so Cory come in.

13     Q.  Cory.  I know who you're talking

14 about.

15         MR. LUCIANO:  Burrows.

16         MR. WAIDE:  Burrows.  Yeah.

17 BY MR. WAIDE:

18     Q.  All right.  So you've been asked about

19 this several times, about what happened that

13:35:53  20 night; so I know this is repetitive.  But if you

21 would, you said y'all went to bed.  Did you go

22 to sleep?

23     A.  Yes.

24     Q.  Did you go to sleep?

25     A.  Yes.

```
 1         Q.   What do you -- do you remember how --
 2    how is it that you woke up?  Do you remember
 3    Ricky saying anything to you or --
 4         A.   He woke me up and he said -- he said,
 5    I heard something outside.  And then that --
 6    that's when they started ramming the door.
 7         Q.   At about the same time?
 8         A.   Yeah.  About the same time he said it
 9    and got up.
10         Q.   I see.  Other than saying that he
11    heard something outside, did he say anything
12    else about what was going on outside?
13         A.   No.
14         Q.   Other than saying he heard something?
15         A.   No.
16         Q.   All right.  Now, Counsel asked you
17    this question.  I think she asked the question
18    was there audio so that you could hear -- from
19    inside you could hear what was going on outside.
20    Was that monitor rigged to where you could do
21    that?
22         A.   I guess.  But if you was asleep, you
23    couldn't hear it.  I mean, I -- we didn't know
24    -- have a clue that anybody was outside.
25         Q.   I see.  But he said he heard something
```

13:36:17 — line 10
13:36:37 — line 20

1    outside?

2        A.   He heard something, but --

3        Q.   Did he say anything else, to your

4    knowledge, before he was shot?  Did he say

5    anything else?

6        A.   No.

7        Q.   Did not.

8        A.   No.

9        Q.   Could you see whether -- could you

13:37:00  10    tell whether he put any clothes on before he

11    went to the door?

12        A.   I don't know what he had on.  I don't

13    even know what I had on.

14        Q.   All right.  Counsel asked you a bunch

15    of questions about your use of meth and Ricky's

16    use of meth.

17        A.   Uh-huh.

18        Q.   And you described how y'all did that.

19        First of all, what -- you've seen

13:37:17  20    Ricky do it a couple of times a week, you said?

21        A.   Yeah.

22        Q.   What effect did smoking meth have on

23    Ricky?  How did --

24        MS. LEE:  Object to the form.

25        A.   I just give you a little bit of

1    energy, but....

2    BY MR. WAIDE:

3        Q.   Did it alter his personality in any

4    way?

5        A.   No.  No.

6        Q.   But you went to -- you earlier

7    testified that you went to sleep a couple of

8    hours after you smoked?

9        A.   Yeah.

13:37:39  10        Q.   Did he go to bed with you also?

11        A.   We both went -- yeah.  We both went to

12    bed at the same time.

13        Q.   Was that consistent with your previous

14    practice?  Could y'all smoke it and go to bed?

15        A.   Yeah, sometimes we would because I had

16    -- I have to get up at 4:00 o'clock every

17    morning and go to work.

18        Q.   What effect does it have on you when

19    you smoke meth?  How does it affect you?

13:37:58  20        A.   Not a whole lot.  Just gives me a

21    little energy, and if I -- I guess if I sat

22    there and smoke a lot, it would do more; but we

23    didn't do that because I had to work.

24        Q.   Did you ever see Ricky smoke a lot of

25    meth?

GLENN-HENRY REPORTING (662) 315-2613

     1          A.   Unless he done in the daytime.  No, I

     2     hadn't seen him.

     3          Q.   Did you ever see Ricky get angry or

     4     act irrational after he smoked?

     5          A.   No.  Now, he got mad when the cars

     6     come up gone.  But other than that, Ricky was

     7     the same ole Ricky every day.

     8          Q.   What do you mean by "the same ole

     9     Ricky every day"?

13:38:30  10          A.   Just laughing and cutting up, and he

    11     just -- I mean, you didn't hardly see Ricky ever

    12     mad.

    13          Q.   How long had it been that the cars

    14     were gone?  When was that?

    15          A.   It had been about two years before.

    16          Q.   Is that when you called Sheriff

    17     Cantrell?

    18          A.   Yeah.  Yes.

    19          Q.   All right.  Now, Counsel asked you

13:38:50  20     about Parker.

    21          A.   Uh-huh.

    22          Q.   Was -- and you said Parker was doing

    23     some work there.  What was he doing?

    24          A.   He had been working on the lean-to.  I

    25     guess that's what you call it.

54

```
 1          Q.    Lean-to?

 2          A.    Yeah.  He'd been working on it and --

 3          Q.    Doing construction work?

 4          A.    Yeah.  And then he'd put some -- some

 5   stuff on top of our trailer to, you know, seal

 6   it off.  He done that.

 7          Q.    All right.  How often had he been

 8   there, would you say?  How many times had he

 9   been there?

10          A.    Oh, probably about four.  About four

11   times.

12          Q.    All right.  When he came up that

13   night, you said he did not smoke any meth with

14   y'all?

15          A.    Not -- no, not in the house.  We sat

16   there and eat -- he eat supper with us, and then

17   him and Ricky went out to the shed.  And they

18   stayed out there for a little while, and Parker

19   left, and then Ricky come back in.

20          Q.    All right.  When y'all smoked the dope

21   on previous occasions, where was it kept?  Where

22   would he get --

23          A.    In the shed.

24          Q.    In the shed?

25          A.    (Nods head up and down.)
```

13:39:17 — 10
13:39:36 — 20

1          Q.   When you told -- didn't you tell --

2     didn't the -- didn't you tell the -- did you or

3     did you not tell some of the officers that there

4     was a green ammo can or something that might

5     have drugs in it or something to that --

6          A.   I told them there was a green can,

7     that I didn't know what was in it.

8          Q.   I see.  Was it in the trailer?

9          A.   It was that night.

13:40:06  10          Q.   Why was it in the trailer that night,

11     or do you know?

12          A.   I don't know.  I don't know why.

13          Q.   Where was it normally kept?

14          A.   In the shed.

15          Q.   In the shed?

16               Did -- well, strike that.

17               Have you ever -- have you been -- you

18     had a previous conviction.

19          A.   Yes.

13:40:56  20          Q.   And you've -- you've testified that

21     you smoked meth.  Have you ever observed it have

22     an effect on people, keeping them up at night?

23     Have you ever seen --

24          A.   Yeah, I --

25               MS. LEE:  Object to the form.

```
 1              A.   -- I've seen people do that and stay

 2        up all night, and some steal and do everything.

 3        BY MR. WAIDE:

 4              Q.   You said some people do that?

 5              A.   Yeah, I've -- I have.

 6              Q.   All right.  From your observations,

 7        does it have different effects on different

 8        people?

 9              A.   Yes.

13:41:23  10              MS. LEE:  Object to the form.

11              A.   Yes.  It does.

12              MR. WAIDE:  Okay.  All right.  Let me

13              go out with Robbie and see I've got

14              anything else.  Oh, I know what I need to

15              ask you.

16        BY MR. WAIDE:

17              Q.   Let me forget about the cameras

18        because it's hard for me to understand.  We've

19        got cameras here and cameras there, and I don't

13:41:47  20        know what --

21              A.   Yeah.

22              Q.   -- we're talking about.

23              But here's what I'd like to know is

24        about what you could see from inside the house.

25        You've mentioned between the daytime to the
```

```
 1    nighttime.  And there was apparently a monitor.

 2    First of all, where was the monitor, like a

 3    screen that you looked at?  Is that what you're

 4    talking about, a monitor?

 5         A.   Yeah.  Yeah, like a TV.

 6         Q.   Like a TV.  All right.

 7         A.   Yeah.

 8         Q.   How big was it?

 9         A.   It was about that tall (indicating).

10    Just a small one.

11         Q.   Do you know -- it's a small one?

12              MS. LEE:  Let the record reflect the

13         witness is indicating about a foot tall and

14         a foot wide.

15         A.   Oh, okay.

16    BY MR. WAIDE:

17         Q.   Would that be about right?

18         A.   About right.

19         Q.   All right.  And where -- if you're in

20    the bed, can you see the monitor from the bed?

21         A.   Yes.

22         Q.   You can?

23         A.   Uh-huh.  Yes.

24         Q.   All right.  And what does the -- what

25    are you looking out on?  What area are you
```

```
 1   looking out on when you -- when the monitor's

 2   there?

 3        A.   Like, toward the gate.

 4        Q.   Toward the gate?

 5        A.   Uh-huh.

 6        Q.   All right.  Assuming there are no

 7   lights out there -- well, first of all, are

 8   there any streetlights or anything to light up

 9   that area?

10        A.   Maybe on the other street but nothing

11   right there coming in the gate.

12        Q.   Let's talk about from the gate.  From

13   the gate up until the trailer.  First of all,

14   how far is that from the gate to the trailer?

15        A.   I don't know.  I don't have a clue.

16        Q.   All right.  From the gate up to the

17   trailer, at night, can you see anything between

18   the trailer and the gate at night?

19        A.   No.

20        Q.   If there's no lights?

21        A.   No.

22        Q.   Cannot?

23        A.   Cannot.

24        Q.   All right.

25             At any time did Ricky ever tell you
```

1  that he saw anything before they came up there?

2          MS. LEE:  Object to the form.

3      A.  No.

4  BY MR. WAIDE:

5      Q.  In the daytime can you -- on the

6  monitor, can you see -- in the daytime can you

7  see down at the gate?

8      A.  Yes.  You can see it in the --

9      Q.  Can you see clearly in the daytime?

13:43:43 10      A.  Yes, sir.

11      Q.  Do you know who Eric Sloan is?  Do you

12  know which one he is?

13      A.  No.

14      Q.  Other than Cecil, did you talk to

15  anybody, any other officer that night or to any

16  other officer that night?

17      A.  Yeah.  Spencer Woods.

18      Q.  Spencer.

19      A.  When I come out of the trailer, he had

13:44:12 20  stopped me; and he said, I didn't know you was

21  in there.  And....

22      Q.  Is that the only one?

23      A.  Yeah, that I remember.  Well, one of

24  them give me his jacket.  I don't know who it

25  was.

1      Q.   One of the officers gave you his

2  jacket?

3      A.   Yeah, because I was cold.

4      Q.   Concerning what happened that night,

5  then, did you talk to anybody?  Did you talk to

6  anybody about what happened that night other

7  than the -- I mean other than when the MBI

8  questioned you?

9      A.   Just my sister, when I met her at the

13:44:38  10  jail.

11      Q.   And you went to -- they took you to

12  jail right from there?

13      A.   Yes.

14      Q.   So that would have been -- you --

15  okay.  Anybody tell you why they were charging

16  you?

17      A.   Yeah.  One guy, he came to the jail

18  later on that -- that morning, I think.  And I

19  asked him why was I being charged; and he said,

13:45:11  20  I have to charge you with something.

21      Q.   Was that an officer?

22      A.   That was Chris Smith.

23      Q.   Chris Smith?  Okay.

24      MR. WAIDE:  Okay.  That's all I have.

25

```
 1                    FURTHER EXAMINATION

 2    BY MS. LEE:

 3         Q.   Wanda, you testified earlier that

 4    there were other people that you've witnessed

 5    smoke crystal meth and that there were varying

 6    degrees of effect that the drug had on them,

 7    correct?

 8         A.   Yeah.  I hadn't seen them smoke it,

 9    but I -- I figured they had smoked it because of

10    the way they were acting.

11         Q.   Okay.

12         A.   But I hadn't seen them do it.

13         Q.   So you've never actually done a study

14    of crystal meth smokers to see --

15         A.   No.

16         Q.   -- what their reaction is --

17         A.   No.  Not really.

18         Q.   -- of that drug on them.

19         A.   No, not really.

20         Q.   Okay.  You've just witnessed people

21    who you believed to have smoked crystal meth and

22    their behavior.

23         A.   Yeah.  By the way they're acting.

24         Q.   And who were these people?

25         A.   What do you mean?
```

13:45:41  10

13:45:54  20

```
 1          Q.   Who were they?  Who were these people

 2     that you've seen --

 3          A.   People that I worked with that you

 4     could tell that -- well, there was one girl you

 5     could tell she'd been doing it because she was

 6     jittery and just -- you could tell.

 7          Q.   Because the normal effect of crystal

 8     meth is it does give you energy, correct?

 9          A.   Yes.

10          Q.   And does make you jittery, correct?

11          A.   No, not really.

12          Q.   Does make you stay up all night,

13     correct?

14          A.   Sometimes.

15          Q.   Okay.

16          A.   Just according to if you want to stay

17     up or not.

18          Q.   All right.  Who else have you ever

19     witnessed smoke crystal meth besides Ricky and

20     obviously you know that yourself did it?

21          A.   What do you mean?

22          Q.   Who else have you seen smoke crystal

23     meth?

24          A.   Well, just people that I worked with.

25          Q.   Who are they?
```

1  A.  Well, I'm not going to give any names,

2  now.

3  MR. WAIDE:  Yeah, I don't think

4  that's --

5  A.  No, that's --

6  MR. WAIDE:  I don't think it's

7  appropriate for her to be --

8  A.  That ain't none of --

9  MR. WAIDE:  -- calling out anybody

13:46:55  10  else anyway.

11  A.  -- nobody's business.

12  MS. LEE:  Well, she's testified about

13  the effect of crystal --

14  MR. WAIDE:  Well --

15  MS. LEE:  -- meth on other people, and

16  I'm asking her who these people are.

17  A.  I have seen it.  The girl that I

18  worked with, I had seen her doing it; but as far

19  as I know, she's quit.

13:47:06  20  BY MS. LEE:

21  Q.  You've seen her actually smoke it?

22  A.  No, I didn't see her smoke it.  I just

23  seen her act -- the way she was acting.

24  Q.  Okay.

25  A.  I just assumed she'd smoked it.

GLENN-HENRY REPORTING (662) 315-2613

1     Q.   Now, Mr. Waide asked you about the

2  cameras at your -- you and Ricky's trailer.

3     A.   Yes.

4     Q.   And I want to ask you about the camera

5  that was facing the backdoor.

6     A.   Yes.

7     Q.   It's true, isn't it, that you-all had

8  a light pole that was illuminating or lighting

9  up the backyard, correct?

13:47:32  10     A.   Yes.

11     Q.   So there was light in the backyard,

12  correct?

13     A.   Well, I don't know if it was on or

14  not.

15     Q.   Well, but you'll agree with me that

16  you did have a light pole in the backyard that

17  would normally illuminate the backyard?

18     A.   Yeah, if it was on.  I don't even know

19  if it was on.  I don't have a clue.

13:47:47  20     MS. LEE:  Okay.  All right.  Thank

21     you.  That's all I have.

22     MR. WAIDE:  That's all.

23     THE WITNESS:  Okay.

24     MR. LUCIANO:  I don't know if Jim

25     wants to go over this with you or not.

1    She is taking everything down and

2    putting everything on the record.  You have

3    an opportunity to read over it and figure

4    out if she did her job or --

5        MR. WAIDE:  Yeah.  She better not

6    waive that, yeah.  I don't waive that.  She

7    -- she's going to need to read and sign.

8        THE WITNESS:  Yeah.

9        MR. LUCIANO:  That's fine.

10       (Brief recess.)

11       MR. WAIDE:  Let's go back on the

12   record.  Let's reopen this deposition.

13

14              FURTHER EXAMINATION

15   BY MR. WAIDE:

16       Q.  After we went off the record, you made

17   a comment about Cecil lying.  What -- what is

18   your -- what are you talking about?

19       MS. LEE:  And, for the record, I'm

20       going to object to reopening the

21       deposition; but, Ms. Wanda, you can say --

22       A.  Well, the reason I was charged with

23   drug trafficking, because Cecil had to put on TV

24   that he had arrested me that day -- this was in

25   2016 -- that he had arrested me that day and got

1    drugs and a bunch of money.  And he lied, and

2    I've got proof of it.

3           And he said it was bringing a closure

4    to the case, talking about Ricky's case.

5    BY MR. WAIDE:

6        Q.   Is that what you wanted to tell us

7    about?

8        A.   That's what I wanted to -- I wanted

9    her to know.

10        Q.   Okay.

11        MS. LEE:  Thank you.

12        (Deposition concluded at 1:52 p.m.)

13

14

15

16

17

18

19

20

21

22

23

24

25

1              C E R T I F I C A T E

2       STATE OF MISSISSIPPI )

3       COUNTY OF MONROE      )

4       RE:   ORAL DEPOSITION OF WANDA STEGALL

5              I, Gena Mattison Glenn, CSR 1568, a

6       Notary Public within and for the aforesaid

7       county and state, duly commissioned and acting,

8       hereby certify that the foregoing proceedings

9       were taken before me at the time and place set

10      forth above; that the statements were written by

11      me in machine shorthand; that the statements

12      were thereafter transcribed by me, or under my

13      direct supervision, by means of computer-aided

14      transcription, constituting a true and correct

15      transcription of the proceedings; and that the

16      witness was by me duly sworn to testify to the

17      truth and nothing but the truth in this cause.

18             I further certify that I am not a

19      relative or employee of any of the parties, or

20      of counsel, nor am I financially or otherwise

21      interested in the outcome of this action.

22             Witness my hand and seal on this 10th day

23      of March, 2022.

24
        My Commission Expires:    _____
                                  CSR 1568
25      July 19, 2023             Notary Public

```
1              IN THE UNITED STATES DISTRICT COURT
        FOR THE NORTHERN DISTRICT OF MISSISSIPPI
2                     ABERDEEN DIVISION

3

   ROBBIE KEETON GEIGER, as Administratrix
4  Of the Estate of Ricky Keith Keeton, Deceased;
   DELISHA KEETON MOONEY, and
5  MEGAN ARCHER                           PLAINTIFFS

6  VS.                    CAUSE NO. 1:16-CV95-SA-DAS

7  MONROE COUNTY, MISSISSIPPI
   and ERIC SLOAN                         DEFENDANTS
8

9

10                    CERTIFICATE
        I, Wanda Stegall, have read the foregoing
11  pages, 1-67, of the transcript of my deposition
    given on March 1, 2021, and it is true, correct
12  and complete to the best of my knowledge,
    recollection and belief except for the list of
13  corrections, if any, attached on a separate
    sheet herewith.  Witness my hand, this the
14  _____ day of _____, 2022.

15
                      ===========================
                      Wanda Stegall
16

17

18                    CERTIFICATE

19      Subscribed and sworn to before me, this

20  the _____ day of _____, 2022.

21

22

23  _____
    Notary Public in and for the
    County of _____
24  State of Mississippi
    My Commission Expires:  _____
25
```

```
1                    GLENN-HENRY REPORTING
                         P.O. BOX 492
2              AMORY, MISSISSIPPI 38821-0492

3
                       CORRECTION LIST
4    Keeton vs. Monroe County, MS, et al
     No. 1:16-CV95-SA-DAS
5    _____
     CAPTION
6
     March 1, 2022                 Wanda Stegall
7
     DATE OF DEPOSITION            DEPONENT'S NAME
8
9    PAGE  LINE    CORRECTION              REASON

10   _____

11   _____

12   _____

13   _____

14   _____

15   _____

16   _____

17   _____

18   _____

19   _____

20   _____

21   _____

22   _____

23   _____

24
                              _____
25                            Wanda Stegall
```

GLENN-HENRY REPORTING
P.O. BOX 492
AMORY, MS 38821-0492


March 10, 2022


Honorable Jim D. Waide
Waide & Associates
P.O. Box 1357
Tupelo, MS  38802-1357

RE:  Keeton vs. Monroe County, MS, et al
     No. 1:16-CV95-SA-DAS

Dear Ms. Lee:

Enclosed is your copy of the transcript of the
deposition of Wanda Stegall, taken in the above
entitled and numbered cause on March 1, 2022.

Also enclosed is the signature page and
corrections page to be used by the deponent when
reading your copy of the deposition.

After the signature page and corrections page
have been completed by the deponent, and
properly signed by a Notary, please return these
forms to Mr. Jim D. Waide, so that they may be
attached to the original transcript.

If the completed signature page and corrections
sheet have not been received by Mr. Jim D. Waide
on or before April 15, 2022, (30 days), reading
and signing will be waived.

Thank you for your cooperation.

Sincerely,



Gena Mattison Glenn
CSR 1568

Enclosures

cc:  Mr. Jamie F. Lee