UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

ROBBIE KEETON GEIGER, as Administratrix
of the Estate of Ricky Keith Keeton, Deceased;
DELISHA KEETON MOONEY; and
MEGAN ARCHER                                                                  PLAINTIFFS

VS.                                                CAUSE NO. 1:16-CV-00095-DMB-DAS

MONROE COUNTY, MISSISSIPPI;
and ERIC SLOAN                                                               DEFENDANTS

**PLAINTIFFS' RESPONSE IN OPPOSITION TO DEFENDANTS' RULE 12(b)(1) MOTION TO DISMISS FOURTH AMENDMENT WRONGFUL SEIZURE CLAIM [254]**

       Plaintiffs responds to Defendants' Rule 12(b)(1) Motion to Dismiss Fourth Amendment Wrongful Seizure Claim [254] as follows:

       1.     Defendants' claim that they can file a motion to dismiss on grounds of Article III standing is also erroneous. *Abraugh v. Altimus*, 26 F.4th 298 (5th Cir. 2022), repeats the familiar holdings, that Article III standing exists when there is "an 'injury in fact,'. . . ." which is "fairly traceable to the challenged action of the defendant,' and . . . that is 'likely ... redress[able] by a favorable decision'. . . ." *Abraugh*, 26 F.4th at 304.

       2.     Plaintiffs became the owners of Keeton's property upon his death, and there has been in "injury in fact" which Defendant County misappropriated. If a jury should rule in favor of Plaintiffs, then the injury can be redressed by this Court.

00365137.WPD

3. For the reasons stated in Plaintiffs' Brief in Opposition to Defendants' Rule 12(b)(1) Motion to Dismiss Fourth Amendment Wrongful Seizure Claim, being filed simultaneously herewith, Defendants' motion is not well taken and should be denied.

RESPECTFULLY SUBMITTED, this the 13th day of April, 2022.

                        ROBBIE KEETON GEIGER, DELISHA KEETON MOONEY, and MEGAN ARCHER, Plaintiffs

By:   */s/ Jim Waide*
       Jim Waide, MS Bar No. 6857
       waide@waidelaw.com
       Rachel Pierce Waide, MS Bar No. 100420
       rpierce@waidelaw.com
       WAIDE & ASSOCIATES, P.A.
       332 North Spring Street
       Tupelo, MS 38804-3955
       Post Office Box 1357
       Tupelo, MS 38802-1357
       (662) 842-7324 / Telephone
       (662) 842-8056 / Facsimile

       R. Shane McLaughlin, MS Bar No. 101185
       rsm@mclaughlinlawfirm.com
       McLAUGHLIN LAW FIRM
       347 North Spring Street
       Tupelo, MS 38804-3943
       Post Office Box 200
       Tupelo, MS 38802-0200
       (662) 840-5042 / Telephone
       (662) 840-5043 / Facsimile

       ATTORNEYS FOR PLAINTIFFS

## **CERTIFICATE OF SERVICE**

This will certify that undersigned counsel for Plaintiffs has this day filed the above and foregoing with the Clerk of the Court, utilizing the federal court electronic case data filing system (CM/ECF), which sent notification of such filing to the following:

**Arnold U. Luciano, Esquire**
**Jacks Griffith Luciano, P.A.**
aluciano@jlpalaw.com
vsmith@jlpalaw.com
mhankins@jlpalaw.com
lvanvulpen@jlpalaw.com

**Bethany A. Tarpley, Esquire**
**Jacks Griffith Luciano, P.A.**
btarpley@jlpalaw.com
dlivingston@jlpalaw.com
vsmith@jlpalaw.com
ballday@jlpalaw.com

**Daniel J. Griffith, Esquire**
**Jacks Griffith Luciano, P.A.**
dgriffith@jlpalaw.com
vsmith@jlpalaw.com
lvanvulpen@jlpalaw.com
aluciano@jlpalaw.com

**Jamie Ferguson Lee, Esquire**
**Jacks Griffith Luciano, P.A.**
jamie@jlpalaw.com
mlott@jlpalaw.com
vsmith@jlpalaw.com

DATED, this the 13th day of April, 2022.

*/s/ Jim Waide*
Jim Waide