IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

**CIVIL MINUTES - GENERAL**

No. 1:16-cv-95-DMB-DAS

Geiger, et al. v. Monroe County, Mississippi, et al.

Place Held: Greenville, Mississippi

Date & Time Began:  April 13, 2022, 10:02 a.m.
Date & Time Ended:  April 13, 2022, 10:21 a.m.

TOTAL TIME:   19 minutes

HONORABLE DEBRA M. BROWN, U.S. DISTRICT JUDGE, PRESIDING

| | |
|---|---|
| Kyllie Mae Guidry | Brenda Blackburn |
| Law Clerk | Official Court Reporter |
| | |
| FOR PLAINTIFF: | FOR THE DEFENDANTS: |
| Jim Waide | Arnulfo Luciano |
| Rachel Waide | Jamie Lee |
| Shane McLaughlin | |

Proceedings:   Telephonic Status Conference

Remarks:   Conference held. The plaintiffs indicated they will file a notice of abandonment of their Fourteenth Amendment seizure claim. By Monday, April 18, the parties shall provide to the Court by e-mail to chambers those portions, if not all, of the Cantrell and Knight deposition transcripts sought to be offered at trial along with any unresolved objections to the deposition testimony.

DAVID CREWS, Clerk of Court

By: /s/Kyllie Mae Guidry
Kyllie Mae Guidry, Law Clerk