UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

**ROBBIE KEETON GEIGER, as Administratrix
of the Estate of Ricky Keith Keeton, Deceased;
DELISHA KEETON MOONEY; and
MEGAN ARCHER**                                                      **PLAINTIFFS**

**VS.**                                                    **CAUSE NO. 1:16-CV-00095-DMB-DAS**

**MONROE COUNTY, MISSISSIPPI;
and ERIC SLOAN**                                                              **DEFENDANTS**

**PLAINTIFFS' NOTICE OF ABANDONMENT OF
DUE PROCESS CLAIM WITH RESPECT TO PERSONAL PROPERTY**

PLEASE TAKE NOTICE that Plaintiffs hereby voluntarily abandon and request to be dismissed, with prejudice, their claim that the seizure of Ricky Keith Keeton's personal property violated the Due Process Clause of the Fourteenth Amendment of the United States Constitution. Plaintiffs only claim with respect to the seizure of personal property is that the seizure violated the Fourth Amendment of the United States Constitution.

00365362.WPD

RESPECTFULLY SUBMITTED, this the 13th day of April, 2022.

                                              ROBBIE KEETON GEIGER, DELISHA KEETON MOONEY, and MEGAN ARCHER, Plaintiffs

By:   */s/ Jim Waide*
       Jim Waide, MS Bar No. 6857
       waide@waidelaw.com
       Rachel Pierce Waide, MS Bar No. 100420
       rpierce@waidelaw.com
       WAIDE & ASSOCIATES, P.A.
       332 North Spring Street
       Tupelo, MS 38804-3955
       Post Office Box 1357
       Tupelo, MS 38802-1357
       (662) 842-7324 / Telephone
       (662) 842-8056 / Facsimile

       R. Shane McLaughlin, MS Bar No. 101185
       rsm@mclaughlinlawfirm.com
       McLAUGHLIN LAW FIRM
       347 North Spring Street
       Tupelo, MS 38804-3943
       Post Office Box 200
       Tupelo, MS 38802-0200
       (662) 840-5042 / Telephone
       (662) 840-5043 / Facsimile

       ATTORNEYS FOR PLAINTIFFS

## CERTIFICATE OF SERVICE

This will certify that undersigned counsel for Plaintiffs has this day filed the above and foregoing with the Clerk of the Court, utilizing the federal court electronic case data filing system (CM/ECF), which sent notification of such filing to the following:

**Arnold U. Luciano, Esquire**
**Jacks Griffith Luciano, P.A.**
aluciano@jlpalaw.com
vsmith@jlpalaw.com
mhankins@jlpalaw.com
lvanvulpen@jlpalaw.com

**Bethany A. Tarpley, Esquire**
**Jacks Griffith Luciano, P.A.**
btarpley@jlpalaw.com
dlivingston@jlpalaw.com
vsmith@jlpalaw.com
ballday@jlpalaw.com

**Daniel J. Griffith, Esquire**
**Jacks Griffith Luciano, P.A.**
dgriffith@jlpalaw.com
vsmith@jlpalaw.com
lvanvulpen@jlpalaw.com
aluciano@jlpalaw.com

**Jamie Ferguson Lee, Esquire**
**Jacks Griffith Luciano, P.A.**
jamie@jlpalaw.com
mlott@jlpalaw.com
vsmith@jlpalaw.com

DATED, this the 13th day of April, 2022.

                                              */s/ Jim Waide*
                                              Jim Waide