IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

**ROBBIE KEETON GEIGER**, as Administratrix
of the Estate of Ricky Keith Keeton, Deceased;
**DELISHA KEETON MOONEY;** and
**MEGAN ARCHER**                                                         **PLAINTIFFS**

**V.**                                                          **CAUSE NO. 1:16-CV-95-DMB-DAS**

**MONROE COUNTY, MISSISSIPPI**
**and ERIC SLOAN**                                                        **DEFENDANTS**

**MOTION TO STRIKE PLAINTIFFS' BRIEF IN OPPOSITION TO
DEFENDANTS' MOTION FOR LEAVE TO FILE RENEWED MOTION
FOR SUMMARY JUDGMENT
AND MOTION FOR JUDGMENT ON THE PLEADINGS**

**COME NOW**, Defendants, Monroe County, Mississippi and Eric Sloan, by and through counsel, and file this, their Motion to Strike Portions of Plaintiffs' Brief in Opposition to Defendants' Motion for Leave to File Renewed Motion for Summary Judgment and Motion for Judgment on the Pleadings **[Doc. 260]** and would show unto the Court as follows:

    **I.**     **PREMISE**

In Doc. 260, Plaintiffs proffer two (2) inadmissible arguments and evidence to bolster their opposition of Defendants' summary judgment motion: (1) an inadmissible conspiracy theory and (2) hearsay statements contained in a newspaper article. The conspiracy theory has already been discounted by this Court [Doc. 170] and the newspaper quotes are inadmissible hearsay.

    **II.**     **SUPPORTING DOCUMENTS**

In support of Motion to Strike, Defendants file a Memorandum of Authorities.

**NOW, THEREFORE** Defendants pray that upon consideration hereof, the Court grant

1

Defendants' Motion to Strike Portions of Plaintiffs' Brief in Opposition to Defendants' Motion for Leave to File Renewed Motion for Summary Judgment and Motion for Judgment on the Pleadings.

**RESPECTFULLY SUBMITTED** this the 20th day of April, 2022.

                                    **JACKS GRIFFITH LUCIANO, P.A.**

                                    By: /s/ *Jamie F. Lee*
                                           Bethany A. Tarpley, MS Bar No. 104134
                                           Jamie F. Lee, MS Bar No. 101881
                                           Arnold U. Luciano, MS Bar No. 99198
                                           *Attorneys for Defendants*

Of Counsel:

**JACKS GRIFFITH LUCIANO, P.A.**
150 North Sharpe Avenue
P. O. Box 1209
Cleveland, MS 38732
Telephone: 662-843-6171
Facsimile: 662-843-6176
Email: btarpley@jlpalaw.com
       jamie@jlpalaw.com
       aluciano@jlpalaw.com

**CERTIFICATE OF SERVICE**

      I, Jamie F. Lee, attorney of record for Defendants, do hereby certify that I have this day caused a true and correct copy of the above and foregoing *Defendants' Motion to Strike Plaintiffs' Portions of Plaintiffs' Brief in Opposition to Defendants' Motion for Leave to File Renewed Motion for Summary Judgment and Motion for Judgment on the Pleadings* to be delivered by the ECF Filing System which gave notice to the following:

Jim D. Waide, III, Esq.
Rachael Pierce Waide, Esq.
WAIDE & ASSOCIATES, PA
P. O. Box 1357
Tupelo, MS 38802-1357
Telephone: 662-842-7324
Fax: 662-842-8056
Email: waide@waidelaw.com

R. Shane McLaughlin, Esq.
McLAUGHLIN LAW FIRM
P.O. Box 200
Tupelo, MS 38802
Telephone: 662-840-5042
Fax: 662-840-5043
Email: rsm@mclaughlinlawfirm.com

**DATED** this 20th day of April, 2022.

                                              /s/ ***Jamie F. Lee***
                                              Jamie F. Lee