UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

ROBBIE KEETON GEIGER     PLAINTIFFS
as Administratrix of the Estate of Ricky Keith Keeton, Deceased, et al

V.     CIVIL ACTION NO. 1:16-CV-0095-DMB-DAS

MONROE COUNTY, MISSISSIPPI, ET AL     DEFENDANTS

TAKE NOTICE that a proceeding in this case has been SET as shown on the place, date, and time set forth below:

Room: Oxford Visiting Magistrate Judge's Chambers

Place
U.S. FEDERAL BLDG.
911 JACKSON AVE
OXFORD, MS

Date and Time
September 20, 2022
10:00 A.M.

Type of Proceeding

FINAL PRETRIAL CONFERENCE
BEFORE UNITED STATES MAGISTRATE JUDGE DAVID A. SANDERS

*Attorneys are to appear in person. In-person appearance by parties is optional*

DAVID CREWS
Clerk of Court

By: /s/ Jennifer L. Frantz
Courtroom Deputy

Date: June 17, 2022

To: All Counsel of Record