Notice (N.D.Miss.1990)

---

Robbie Keeton Geiger, as Administratrix of the Estate
Of Ricky Keith Keeton, Deceased

v.  Civil Action No. 1:16-cv-95-DMB-DAS

Monroe County, Mississippi, et al.

---

**TAKE NOTICE** that a proceeding in this case has been set as shown on the place, date, and time set forth below:

**Amory Telephonic conference**

**Place**

203 Gilmore Drive
Amory, MS 38821

**Date and Time**
September 14, 2022
11:00 a.m

---

Type of Proceeding

**STATUS CONFERENCE RE Final Pretrial Order and Conference**
**BEFORE UNITED STATES MAGISTRATE JUDGE DAVID A. SANDERS**
The parties shall dial into the court's conference line at 877-336-1839. The access code is 6893215

---

           **DAVID CREWS**
           **Clerk of Court**

           **By: Beth Featherston**
           **Law Clerk**

**Date: September 13, 2022**

**To:**  **All Counsel of Record**