IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

## NOTICE

ROBBIE KEETON GEIGER            PLAINTIFF(S)

V.            CIVIL ACTION NO.1:167-CV-95-DMB-DAS

MONROE COUNTY, MS            DEFENDANT(S)

**TAKE NOTICE** that the proceeding in this case set for the place, date and time set forth below is hereby **CANCELLED**:

| **PLACE** | **Room No.** |
|---|---|
| U.S. FEDERAL COURTHOUSE<br>OXFORD, MS | Visiting Magistrate<br>Judge's Chambers |
| | **Date and Time**<br>9/20/2022<br>10:00 a.m. |

### THE FINAL PRETRIAL CONFERENCE IS CANCELLED

           DAVID CREWS
           CLERK OF THE COURT

       By:    /s/ Beth Featherston
                 Law Clerk

Date:    September 19, 2022

To:      All Counsel of Record