IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

## Civil Minutes

Case No: 1:16-cv-95-DMB-DAS

Place Held:
Judge's Chambers
Teleconference

Style: Geiger et al v. Monroe County, Mississippi et al

Date: September 28, 2022

Total Time: 10 min.

| PRESENT: | David A. Sanders | United States Magistrate Judge |
| --- | --- | --- |
| | Jennifer Frantz | Courtroom Deputy |

ATTORNEY PRESENT

FOR PLAINTIFF(S)

FOR DEFENDANT(S)

Jim Waide
Rachel Waide

Danny Griffith
Jamie Lee
Bethany Tarpley

PROCEEDINGS: Telephonic Status Conference.

Docket Entry: Conference held. Parties notified court of settlement.

DAVID CREWS, CLERK

By: /s/ Jennifer Frantz
Courtroom Deputy