IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

**ROBBIE KEETON GEIGER, as** **PLAINTIFFS**
**Administratrix of the Estate of Ricky**
**Keith Keeton, Deceased, et al.**

V.  NO. 1:16-CV-95-DMB-DAS

**MONROE COUNTY, MISSISSIPPI,**
**et al.** **DEFENDANTS**

## ORDER

On September 28, 2022, United States Magistrate Judge David A. Sanders held a status conference with the parties. Doc. #288. The minutes from the conference reflect the case was settled. *Id.* Accordingly, this case is administratively **CLOSED**.[1]

**SO ORDERED**, this 29th day of September, 2022.

/s/Debra M. Brown
**UNITED STATES DISTRICT JUDGE**

---

[1] This case may be dismissed with prejudice either by the parties filing a stipulation in accordance with Federal Rule of Civil Procedure 41 or a joint motion for dismissal.